B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Western District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Union Grove Saw & Knife, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-1724362** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**157 Sawtooth Lane**<br>**Union Grove, NC**       ZIP Code **28689** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Iredell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,       ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Union Grove Saw & Knife, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Union Grove Saw & Knife, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Glenn C. Thompson**
_____
Signature of Attorney for Debtor(s)

**Glenn C. Thompson N.C. Bar # 37221**
_____
Printed Name of Attorney for Debtor(s)

**Hamilton Stephens Steele & Martin, PLLC**
_____
Firm Name

**201 South College Street, Suite 2020**
**Charlotte, NC 28244**
_____
_____
Address

**704-344-1117  Fax: 704-344-1483**
_____
Telephone Number

**August 27, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward A. Bissell**
_____
Signature of Authorized Individual

**Edward A. Bissell**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**August 27, 2014**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re     **Union Grove Saw & Knife, Inc.**                                    Case No. _____

                                        Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A & E BARKER<br>1600 WASHASH AVE. SUITE A<br>FORT WAYNE, IN 46803 | A & E BARKER<br>1600 WASHASH AVE. SUITE A<br>FORT WAYNE, IN 46803 | | | 6,910.43 |
| EAGLE INTERNATIONAL<br>48 DRUM & HAMMER DR.<br>TAYLORSVILLE, NC 28681 | EAGLE INTERNATIONAL<br>48 DRUM & HAMMER DR.<br>TAYLORSVILLE, NC 28681 | | | 15,447.24 |
| EAGLE SUPERABRASIVES, INC.<br>PO BOX 3856<br>HICKORY, NC 28602 | EAGLE SUPERABRASIVES, INC.<br>PO BOX 3856<br>HICKORY, NC 28602 | | | 5,654.42 |
| Ed Bissell<br>2554 Bagger Lane<br>Hamptonville, NC 27020 | Ed Bissell<br>2554 Bagger Lane<br>Hamptonville, NC 27020 | | | 216,623.53 |
| ETP TRANSMISSION INC.<br>135 FURNITURE ROW<br>MILFORD, CT 06460 | ETP TRANSMISSION INC.<br>135 FURNITURE ROW<br>MILFORD, CT 06460 | | | 5,920.94 |
| EVANS COATINGS, LLC<br>1330 SOUTER<br>TROY, MI 48083-2839 | EVANS COATINGS, LLC<br>1330 SOUTER<br>TROY, MI 48083-2839 | | | 6,620.00 |
| FS TOOL CORPORATION<br>PO BOX 510<br>LEWISTON, NY 14092-0510 | FS TOOL CORPORATION<br>PO BOX 510<br>LEWISTON, NY 14092-0510 | | | 5,571.50 |
| INDUSTRIAL SHARPENERS, INC.<br>401 JEFFREYS LANE<br>GOLDSBORO, NC 27530 | INDUSTRIAL SHARPENERS, INC.<br>401 JEFFREYS LANE<br>GOLDSBORO, NC 27530 | | | 17,032.92 |
| IREDELL COUNTY TAX COLLECTOR<br>PO BOX 1027<br>STATESVILLE, NC 28687 | IREDELL COUNTY TAX COLLECTOR<br>PO BOX 1027<br>STATESVILLE, NC 28687 | | | 5,989.27 |
| LINCOLN TOOL COMPANY<br>PO Box 728<br>CORNELIUS, NC 28031 | LINCOLN TOOL COMPANY<br>PO Box 728<br>CORNELIUS, NC 28031 | | | 18,304.62 |
| Mack Josey<br>114-203 Signal Hill Dr.<br>Statesville, NC 28625 | Mack Josey<br>114-203 Signal Hill Dr.<br>Statesville, NC 28625 | | | 6,421.01 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                      Case No.   _____

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MOOSE, MARTIN, HAYNES & LUNDY, P.A.<br>PO BOX 1308<br>STATESVILLE, NC 28687 | MOOSE, MARTIN, HAYNES & LUNDY, P.A.<br>PO BOX 1308<br>STATESVILLE, NC 28687 | | | 21,795.00 |
| OLESON SAW TECHNOLOGY<br>295 EMIG RD<br>YORK, PA 17406 | OLESON SAW TECHNOLOGY<br>295 EMIG RD<br>YORK, PA 17406 | | | 6,112.16 |
| P'O'M Recoveries, Inc.<br>PO Box 602<br>Lindenhurst, NY 11757 | P'O'M Recoveries, Inc.<br>PO Box 602<br>Lindenhurst, NY 11757 | | | 25,428.49 |
| POPULAR MACHINERY & TOOLS, INC.<br>PO BOX 841913<br>DALLAS, TX 75284 | POPULAR MACHINERY & TOOLS, INC.<br>PO BOX 841913<br>DALLAS, TX 75284 | | | 28,315.68 |
| PRETINNED CARBIDE COMPANY<br>251 G COMMERCE BLVD.<br>STATESVILLE, NC 28625 | PRETINNED CARBIDE COMPANY<br>251 G COMMERCE BLVD.<br>STATESVILLE, NC 28625 | | | 20,605.91 |
| SHELL FLEET (OLD TEXACO)<br>PO BOX 689010<br>DES MOINES, IA 50368-9010 | SHELL FLEET (OLD TEXACO)<br>PO BOX 689010<br>DES MOINES, IA 50368-9010 | | | 13,117.62 |
| SMITH & ASSOCIATES MARKETING, INC.<br>PO BOX D<br>ROANOKE RAPIDS, NC 27870 | SMITH & ASSOCIATES MARKETING, INC.<br>PO BOX D<br>ROANOKE RAPIDS, NC 27870 | | | 17,336.12 |
| TCF EQUIPMENT FINANCE<br>1922 SOLUTIONS CENTER<br>LOCKBOX #771922<br>CHICAGO, IL 60677-1009 | TCF EQUIPMENT FINANCE<br>1922 SOLUTIONS CENTER<br>LOCKBOX #771922<br>CHICAGO, IL 60677-1009 | | | 93,429.59 |
| WELLS FARGO EQUIPMENT FIN. (VOLLMER)<br>NW-8178 PO BOX 1450<br>MINNEAPOLIS, MN 55485-8178 | WELLS FARGO EQUIPMENT FIN. (VOLLMER)<br>NW-8178 PO BOX 1450<br>MINNEAPOLIS, MN 55485-8178 | | | 87,620.84 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Union Grove Saw & Knife, Inc.**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August 27, 2014**                    Signature    **/s/ Edward A. Bissell**
                                                    **Edward A. Bissell**
                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

## Western District of North Carolina

In re    **Union Grove Saw & Knife, Inc.**             ,      Case No. _____

                                   Debtor           Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 16 | 1,229,589.28 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 407,270.26 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 10 | | 19,551.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 84 | | 768,239.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 114 | | | |
| Total Assets | | | 1,229,589.28 | | |
| Total Liabilities | | | | 1,195,060.73 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Union Grove Saw & Knife, Inc.**                                ,     Case No. _____
                                          Debtor

                                                                  Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Union Grove Saw & Knife, Inc.**
_____,     Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Union Grove Saw & Knife, Inc.**                                        ,   Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | **482.96** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** | - | **2,581.76** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **3,064.72**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,   Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 187,609.56 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Civil claims against North American Products Corp.** | - | 0.00 |

Sub-Total >      187,609.56
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 DODG GRAND CAR, VIN 1DHN11H08B162017, $8,190<br>2006 CHRY VAN, VIN 1A4GP45R46B536076, $5,900<br>2007 DODG GRAND CAR, VIN 1D4GP24R37B178484, $2,500<br>2006 CHEV C3500 SIL, VIN 1GBJC34D66E246142, $7,950<br>2003 CHEV EXPRESS G LONG, VIN 1GCHG39U531163182, $2,500<br>2003 DODG RAM VAN, VIN 2D7HB11Z03K502208, $2,500<br>98 HURS TRLR, VIN 1H9T31625W1057762, $1,000<br>86 FORD F350, VIN 7FDKF3711GNA04039, $5,000<br>07 CHEV VAN, VIN 1GCGG25V971105523, $4,000<br>06 KRAF TRLR, VIN 5E7LG10186R000857, $300<br>06 CHEV TRK DULY, VIN 1GBJC34D76E197338, $7,950<br>07 STOH TRLR, VIN 1S98F16247S763280, $2,000 | - | 49,790.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached "Office Listings" | - | 14,125.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached "Equipment Listing & Inventory" (Excluding entries "Misc Motors" through "Misc Shelving"). | - | 954,000.00 |
| 30. Inventory. | | See attached "Equipment Listing & Inventory" (Entries from "Misc. Motors" through "Misc Shelving") | - | 21,000.00 |

Sub-Total >    **1,038,915.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **1,229,589.28** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**UNION GROVE SAW AND KNIFE, INC.  PO BOX 160  UNION GROVE, NC  28689**

| OFFICE LISTINGS | | |
|---|---|---|
| | **SERIAL #** | **VALUE** |
| <u>TERESA'S OFFICE:</u> | | |
| COMPUTER MONITOR | ACER | $ 50.00 |
| ADDING MACHINE - CANON MP25DV | 2645074 | $ 25.00 |
| HARD DRIVE - DELL OPTIPLEX 3010 | H6VTNV1 | $ 500.00 |
| "U" SHAPED DESK WITH STORAGE | | $ 150.00 |
| OFFICE CUBICLE | | $ 150.00 |
| 2 - OVERHEAD STORAGE CABINETS | | $ 100.00 |
| STAND UP CABINET | | $ 50.00 |
| FREE STANDING 2 DWR CABINET | | $ 25.00 |
| NORSTAR PHONE | | $ 50.00 |
| | | |
| <u>SHARED OFFICE'S:</u> | | |
| REFRIGERATOR - ROPER | | $ 150.00 |
| MICROWAVE - GE | | $ 25.00 |
| COUNTER WITH SINK | | $ 200.00 |
| OVERHEAD CABINETS (3 DOOR) | | $ 100.00 |
| 14 - FILE CABINETS | | $ 700.00 |
| KYOCERA PRINTER | #00781 | $ 5,000.00 |
| PANASONIC - PRINTER/COPIER/FAX | #00400 | $ 2,000.00 |
| COFFEE MAKER - COFFEE-INN 2 BURNER | | $ 100.00 |
| PER SHREDDER - FELLOWES POWERSHRED 320 | | $ 100.00 |
| ROUND TABLE | | $ 150.00 |
| 4 - CHAIRS | | $ 100.00 |
| FLOOR CABINET WITH GLASS TOP | | $ 100.00 |
| INTELLINET 24 SLOT ROUTER | | $ 250.00 |
| WIRELESS ROUTER - ZONET | CL86E00058 | $ 25.00 |
| | | |
| | | |
| <u>BRENDA & MACK 'S OFFICE:</u> | | |
| OFFICE CUBICLE | | $ 150.00 |
| 2 - FILE CABINETS | | $ 100.00 |
| WOODEN DESK WITH GLASS TOP | | $ 300.00 |
| COMPUTER MONITOR - WESTINGHOUSE | | $ 200.00 |
| NORSTAR PHONE | | $ 50.00 |
| HARD DRIVE | X12-51822 | $ 200.00 |
| METAL BOOK CASE WITH 3 SHELVES | | $ 25.00 |
| | | |
| | | |
| <u>TAMMY'S OFFICE:</u> | | |
| COMPUTER MONITOR - ACER | | $ 50.00 |
| HARD DRIVE - DELL OPTIPLEX 3020 | DL6YJZ1 | $ 500.00 |
| ADDING MACHINE - CASIO DR-250HD | Q2063332 | $ 25.00 |
| "U" SHAPED DESK | | $ 150.00 |
| OFFICE CUBICLE | | $ 150.00 |
| 2 - OVERHEAD STORAGE CABINETS | | $ 100.00 |
| 2 - FREE STANDING 2 DRAWER FILE CABINETS | | $ 50.00 |
| NORSTAR PHONE | | $ 50.00 |

| | | | |
|---|---|---|---|
| BLACK METAL ORGANIZER CABINET | | $ | 25.00 |
| | | | |
| | | | |
| CONFERENCE ROOM: | | | |
| 8' CONFERENCE TABLE WITH 6 CHAIRS | | $ | 400.00 |
| | | | |
| | | | |
| FRONT OFFICE: | | | |
| 2 - DESKS | | $ | 300.00 |
| DESK WITH CRESENDO | | $ | 500.00 |
| LATERIAL FILE | | $ | 125.00 |
| VERTICAL FILE | | $ | 25.00 |
| SAFE | | $ | 250.00 |
| 2 - NORSTAR PHONE | | $ | 100.00 |
| OFFICE SUPPLIES | | $ | 100.00 |
| 2 - CHAIRS | | $ | 100.00 |
| | | | |
| | | $ | 14,125.00 |

**UNION GROVE SAW AND KNIFE, INC.  PO BOX 160  UNION GROVE, NC  28689**

# EQUIPMENT LISTING & INVENTORY

| | | SERIAL # | COST |
|---|---|---|---|
| ARMSTRONG STRETCH ROLL | | 9262 | 3500 |
| WILLIAMS & WHITE STRETCH ROLL | | 36192DF | 3500 |
| | | | |
| | | | |
| STTENZHEN STARS LASER | | 060716 | 10,000 |
| | | | |
| 5 HAMMER STATIONS | Table/Light/Enclosure | | 2500 |
| HAMMER TABLE #1 | 1 - 14" ANVIL | | 750 |
| | 1 - 8-1/2" ANVIL | | 500 |
| | 4 - STRAIGHT EDGES | | 100 |
| | 3 - HAMMERS | | 150 |
| | 2 - METAL STAMPS | | 150 |
| | 1 - SIDE GAUGE | | 25 |
| | 1 - CALIPERS | | 40 |
| | | | |
| HAMMER TABLE #2 | 1 - 16" ANVIL | | 900 |
| | 4 - HAMMERS | | 225 |
| | 7 - STARIGHT EDGES | | 175 |
| | 1 - SIDE GAUGE | | 25 |
| | 1 - MICROMETER | | 50 |
| | | | |
| HAMMER TABLE #3 | 1 - 20" ANVIL | | 1000 |
| | 1 - HAMMER | | 50 |
| | 1 - STRAIGHT EDGE | | 20 |
| | | | |
| HAMMER TABLE #4 | 1 - 10" ANVIL | | 500 |
| | 3 - HAMMERS | | 125 |
| | 1 - SET STAMPS | | 75 |
| | 2 - STAIGHT EDGES | | 50 |
| | 1 - 4" HANDGRINDER | | 50 |
| | | | |
| Saw Racks & Carts | 28 pcs @ 100 ea | | 2800 |
| | | | |
| | | | |
| | | | |

| GUM & POCKET  3-12 | | | |
|---|---|---|---|
| | | SERIAL # | COST |
| 2 - PACIFIC SAW | LARGE SEAT & POCKET | | 2000 |
| FOLEY 360 | SMALL SEAT & POCKET | | 500 |
| | | | |
| 5 - TIPPING STATIONS | ETAL TABLE W/VACUUM SYSTEM | | 3000 |
| | 5 - TORCHES | | 1250 |
| | FIXTURES | | 500 |
| | 2 - 32" ROUND LAYING BLOCKS | | 1000 |
| | 4 - SIDE DIAL GAUGES | | 400 |
| | 3 CALIPERS | | 75 |
| | | | |

| 2 - KNOCK OUT STANDS | 1 - TORCH | | 1000 |
| | | | |
| | | | |

| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## ROUGH IN CELL  3-12

| | | SERIAL # | COST |
|---|---|---|---|
| WILLIAMS & WHITE | FACER & TOPPER | TFEC-20-B00 | 10000 |
| WILLIAMS & WHITE | SIDE | DSGCH-006-B0 | 10000 |
| | | | |
| WIDMANN UNIMAT - 1000 | TOPPER | | 3500 |
| WIDMANN DUAL SIDE FS2M | | | 5000 |
| SYSTI-MATIC | MAN TOPPER | 35?01-0001 | 4900 |
| | | | |
| PACIFIC SAW FACER | | | 1500 |
| ACME FACER | | | 1500 |
| PACIFIC SAW | | | 1500 |
| PETSLHANE F1700 | SIDE | | 2000 |
| | | | |
| SYSTI-MATIC MAN TOPPER | | | 4900 |
| KIRSCHNER - SWS1000 | STROBE SIDE | 3130399 | 8000 |
| | | | |
| WRIGHT DS MAWAL | W-350 MHD  #1 | 10206 | 4000 |
| WRIGHT DS MAWAL | #2 | L9609 | 4000 |
| | | | |
| WRIGHT MANUEL STB GRINDER | FACE | REMOVED | 2300 |
| WRIGHT MANUEL STB GRINDER | SIDE | REMOVED | 2300 |
| | | | |
| CONE WIRE BRUSH SAW CLEANER | | 99-01763D | 750 |
| KIRSCHNER POLISHER | | 5481203 | 5000 |
| PETSCHAUER POLISHER | PL600 | 200 | 5000 |
| | | | |
| ASSORTED T GAUGES | SIDE DIAL, MICROMETER | | 360 |
| ASSORTED TOOLS | WRENCHES | | 30 |
| | | | |
| ACHINE MASTER IND. VENTILATION | | | 500 |
| SAW CENTERS | | | 2500 |
| BELT SANDER | | | 125 |
| ASSORTED SAW BUSHINGS | | | 500 |
| | | | |
| | | | |
| | | | |

## GUIDED SECTION

| | | SERIAL # | COST |
|---|---|---|---|
| WRIGHT TALON TF3 | | H0104 | 4000 |
| WRIGHT TALON TF (WE REBUILD) | | REMOVED | 3500 |
| WRIGHT TALON F1 FACE | #1 | J0302 | 4000 |
| | #2 | J0301 | 4000 |

|  |  |  |  |
|---|---|---|---|
|  | #3 | G0115 | 4000 |
|  | #4 | G0117 | 4000 |
|  | #5 | K0102 | 4000 |
| WRIGHT TALON F1 FACE | (3) IN REPAIR SPARES |  | 3000 |
|  |  |  |  |
| WRIGHT DS-1 DUEL SIDE GRINDER | #1 | K0112 | 4000 |
|  | #2 | G0203 | 4000 |
|  | #3 | G0204 | 4000 |
|  | #4 | D0413 | 4000 |
| (OLDER) DS1200 | #5 | J9617 | 3800 |
| WRIGHT DS-1 DUEL SIDE GRINDER | IN REBUILD |  | 2500 |
|  |  |  |  |
| ASSORTED TOOLS |  |  | 230 |
|  |  |  |  |
| SAW CENTERS | 3 PIN |  | 1800 |
|  |  |  |  |
| MICROMETERS | SIDE DIAL GAUGES |  | 200 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VOLLMER CELL

|  |  | SERIAL # | COST |
|---|---|---|---|
| CHD-251RZ TF |  | 775 | 25000 |
| LOADER ND 23 |  | 331 | 20000 |
| CHF 210 SG |  | 368 | 20000 |
| CHD 251RZ TF |  | 613 | 25000 |
|  |  |  |  |
| CRAFTSMAN TABLE |  |  | 75 |
| KOBALT TOOL BOX |  |  | 100 |
| ASSORTED TOOLS |  |  | 75 |
| ASSORTED METAL BUSHINGS |  |  | 750 |
| GAUGES, MICROMETERS | SIDE DIAL, CALIPERS |  | 90 |
| VOLLMER LOADER CENTER PEGS |  |  | 2500 |
| SAW INSPECTION STATION |  |  | 800 |
| SMOG HOG AIR CLEANER |  |  | 500 |
| 5- ASI OIL FILTERS MACHINES |  | 500 EACH | 2500 |
| ASSORTED VOLLMER SAW FIXTURE | EXPANDABLE, OVER SIZE |  | 750 |
| FAN (SQUIRELL CAGE) |  |  | 45 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## AKE CELL

|  |  | SERIAL # | COST |
|---|---|---|---|
| AKE DS | DUAL SIDE | 1544 | 16000 |
| AKE FACER | FACER | 1836 | 10000 |
| AKE FACER | FACER | 0846 | 10000 |
| AKE FACER | FACER | 1576 | 10000 |
| AKE TOPPER | TOPPER | 1612 | 16000 |

| | | | |
|---|---|---|---|
| AKE TOPPER | TOPPER | 1805 | 18000 |
| AKE TOPPER  (OUT OF SERVICE) | TOPPER | 1974 | 6500 |
| AKE DS | SCORE BLADE | 0824 | 6500 |
| | | | |
| CRAFTSMAN TOOL BOX | | | 50 |
| 6 WOOD TABLES | | 30 EACH | 180 |
| HAND TOOLS | WRENCH, SOCKET, ETC. | | 50 |
| ASSORTED METAL BUSHINGS | 5 SETS AT 100 EACH | | 500 |
| ASSORTED INDICATORS | MICROMETER, SIDE DIAL | | 200 |
| FAN | | | 30 |
| | | | |
| | | | |
| | | | |

## KNIFE SECTION

| | | SERIAL # | COST |
|---|---|---|---|
| MVM CARPI  AF3000 | | | 10000 |
| MVM CARPI SIL 41021 | | K250 | 20000 |
| HANCHETT SHRP NO 39 | | VK 150 | 15000 |
| | | | |
| METAL TABLES | | | 200 |
| BABBIT POT | | | 175 |
| BABBIT FIXTURES | -8 | | 1600 |
| STAMP MACHINE | BENCH MASTER | | 250 |
| ASSORTED TOOLS | | | 75 |
| METAL RACKS | | | 80 |
| HAND GRINDER | | | 25 |
| HIPER HONE | | | 1000 |
| KNIFE CASTS | | | 250 |
| PRESSURE VESSEL | (AIR STORAGE COMPRESSED) | | 750 |
| BABBIT LADELS | | | 100 |
| | | | |
| | | | |
| | | | |

## CUTTER

| | | SERIAL # | COST |
|---|---|---|---|
| ISEL CNC TEMPLATE MAKER | MODEL # A0810 | SERIAL # | COST |
| KO LEE | MODEL # B300 | 1199-1063 | 2200 |
| CARADION CAR SURFACE GRINDER | | 3420-23 | 5000 |
| CINCIMATI MILLING MACHINE | MODEL# 705 | 1D2TSAS69 | 4000 |
| KO LEE | MODEL # B6062H | 22000-PA | 5000 |
| CINCINNATI MILLING | | 1D2FSYF19 | 2500 |
| WEINIG R934 | | 934/772 | 10000 |
| UTAA P20 | | 0226 | 6500 |
| WEINIG R930 | | 826/357 | 4500 |
| KOHEE | MODEL # R6062H | 23655-30 | 3500 |
| CME SAW SHARPENER - STANDARD | | 5181 | 1500 |
| | | | |
| 2 - AIR BEARING DRAG BARS FOR CHEVALIER GRINDERS | | 150 EACH | 300 |
| 1 - AIR BEARING DRAG BAR FOR KOLEE GRINDERS | | | 150 |
| 1 - MOTORIZED SPIN FIXTURE FOR KOLEE GRINDER | | | 300 |
| 1 - RADIUS FIXTURE FOR CUTTERMASTER GRINDER | | | 100 |

| | | |
|---|---|---|
| 3 - JAW CHUCKS FOR KOLEE GRINDER | 50 EACH | 150 |
| 1 - HARIG AIR BEARING DRAG BAR FOR KOLEE GRINDER | | 300 |
| 1 - INSERT FIXTURE FOR CHEVALIER GRINDER | | 100 |
| 12 - ASSORTED ARBORS FOR KOLEE GRINDERS | 25 EACH | 300 |
| 1 - LARGE INDEX FIXTURE FOR KOLEE GRINDER | | 500 |
| 2 - VICE FOR CINCINNATI GRINDER | 50 EACH | 100 |
| 1 - MACHINE MASTER INDUSTRIAL AIR CLEANER | | 200 |
| 1 - AIRFLOW SYSTEMS INDUSTRIAL AIR CLEANER | | 150 |
| 1 - FOLEY BELL SAW HAND SAW SHARPENER | | 500 |
| 1 - METAL TABLE WITH VICE & INDEX FIXTURE | | 500 |
| 3 ASSORTED METAL TABLES | 150 EACH | 450 |
| 3 - ASSORTED METAL RACKS | 100 EACH | 300 |
| 43 ASSORTED CUTTER ARBORS | 75 EACH | 3225 |
| 8 - ASSORTED FIXTURES FOR PROFILE GRINDERS | 75 EACH | 600 |
| 1 - HUSKY TOOL BOX | | 100 |
| 50 - ASSORTED HAND TOOLS IN HUSKY BOX | | 100 |
| 1 - CRAFTSMAN ROLLAROUND TOOL BOX | | 300 |
| 20 - 1-1/4" ASSORTED SPACERS | 5 EACH | 100 |
| 20 - 1-13/16" ASSORTED SPACERS | 5 EACH | 100 |
| 20 - 1-1/2" ASSORTED SPACERS | 5 EACH | 100 |
| 7 - ASSORTED MEASURING INSTRUMENTS MICS & CALIPERS | 25 EACH | 175 |
| 20 - ASSORTED HAND TOOLS IN CRAFTSMAN TOOL BOX | | 150 |
| 1 - STACK ON TOOL BOX | | 100 |
| 20 - ASSORTED HAND TOOLS IN STACK ON TOOL BOX | | 100 |
| 1- 22 X 6 WAX POT | | 100 |
| 1 - 44" INDUSTRIAL FAN | | 125 |
| 1 - TOTER SHOP CART | | 50 |
| 1 - METAL ROLLING SHOP CART | | 75 |
| 1 - OX/ACET TORCH SET | | 125 |
| 1 - 14" METAL CHOP SAW | | 50 |
| 1 - LARGE INDEX HEAD FOR CINCINNATI | | 500 |
| ASSORTED PLASTIC BOXES | | 75 |
| 1 - CORR. MOULDER HEAD FOR WIENIG | | 100 |
| | | |
| | | |
| | | |

## MACHINE SHOP

| | | SERIAL # | COST |
|---|---|---|---|
| ATRUMP MILLING MACHINE | | K3BL-398 | 7200 |
| JET LATHE | | 98348 | 8500 |
| CHERALIER SURFACE GRINDER | | B7815002 | 3500 |
| UTMA LC-35 FACER CNC | | C-114 | 12500 |
| UTMA P-20 CNC PROFILE GRINDER | | KG200 | 20000 |
| SCHNEEBERGER NORMA | | 21349 131CFG | 200000 |
| RUSH DRILL GRINDER | | 2S0A | 5000 |
| J&L COMPARATOR | | E-72052 | 2500 |
| HOFFMAN BALANCER | | 99-4-289 | 3500 |
| JET TOOL & CUTTER GRINDER | | JCG-528 | 1500 |
| OREL MFG TOOL & CUTTER GRINDER | | 6-1024 | 1000 |
| 4 - TDR GRINDER | | | 2000 |

| | | | |
|---|---|---|---|
| 4 - DRIVE GRINDER RUSH | | | 200 |
| | | | |
| 12" ARBOR PRESS | | | 500 |
| 14" PEDESTAL GRINDER | | | 250 |
| 4" X 23" PEDESTAL BELT GRINDER | | | 100 |
| 9" PEDESTAL GRINDER | | | 75 |
| 8" PEDESTAL GRINDER | | | 25 |
| DRILL PRESS | | | 50 |
| 20 TON HYDRO PRESS | | | 150 |
| POWER ROTARY GRINDING HEAD | WITH COLLETS | | 750 |
| ULTRA SONIC CLEANER | CREST LINE | | 4000 |
| SURFACE PLATE | 18 X 18 X 1-1/4 | | 250 |
| SURFACE PLATE | 12 X 8 X 2 | | 250 |
| MITUTOYO HEIGHT GAUGE | | | 125 |
| BT-40 ER-40 | COLLET CHUCK | | 75 |
| INSERT FIXTURE | FOR P-20 | | 280 |
| 8 - ER-40 COLLETS | | 15 EACH | 120 |
| 7 - UP/B32-545 | ULTRA PRECISION COLLETS | 200 EACH | 1400 |
| TG75 COLLET HOLDER | | | 75 |
| 17 - TG75 COLLETS | | 15 EACH | 255 |
| 15" ADJ WRENCH | | | 10 |
| 50 - ASSORTED SPACERS | & BUSHINGS FOR UTMA'S | 5 EACH | 800 |
| 4 - HSK-50 PRECISION | GRINDING SPINDLES | 300 EACH | 1200 |
| NORMA ROUND TOOL FIXTURE | | | 6500 |
| NORMA INSERT FIXTURE | | | 5000 |
| 11 - GRINDING WHEEL SPINDLES | FOR UTMA GRINDERS | | 50 |
| INDEX FIXTURE | FOR JET GRINDER | | 75 |
| 1 - 13/16 SPINDLE | FOR HOFFMAN BALANCER | | 50 |
| WAX POT | 10 X 10 | | 100 |
| STANLEY RUBBER MALLET | | | 5 |
| INDEX FIXTURE | FOR COREL GRINDER | | 200 |
| COOLANT FILTRATION UNIT | MATRIX TOOL LTD | | 750 |
| COOLANT TANK & PUMP | FOR SCHNEEBERGER | | 500 |
| INSERT FIXTURE | FOR J & L COMPARATOR | | 250 |
| SPIN FIXTURE | FOR J & L COMPARATOR | | 250 |
| 110 - ASSORTED 5C COLLETS | | 12 EACH | 1320 |
| ASSORTED METAL SHELVING UNITS | | 100 EACH | 300 |
| LONG METAL TABLE | | | 200 |
| TOTE SHOP CART | | | 50 |
| 2 - ASSORTED SHOP CARTS | | 50 EACH | 100 |
| | | | |
| MILL TOOLING: | | | |
| 36 - R8 COLLETS | | | 150 |
| 3 - CRITERION BORING HEADS | | | 400 |
| R-8 1" HOLDER | | | 75 |
| SHELL MILL | | | 150 |
| SHELL MILL ARBOR | | | 100 |
| 4 - MILL DRILL CHUCKS | | | 400 |
| HEIGHT GAUGE SET | | | 75 |
| 1/4 TO 1/2 PIN GAUGE SET | | | 50 |
| 1/2 TO 5/8 PIN GAUGE SET | | | 50 |

| | | | |
|---|---|---|---|
| ANGLE INDEXING HEAD | | | 300 |
| 2 - ROTARY TABLES | | | 300 |
| WILTON 6" MILL VICE | | | 100 |
| KURT 6" MILL VICE | | | 300 |
| 4-1/2 ANGLE VICE | | | 75 |
| 4" ANGLE VICE | | | 50 |
| 4" LIGHT VICE | | | 25 |
| 2 SETS -  1-2-3 BLOCKS | | | 40 |
| 3" PARALLE | | | 20 |
| 4-3/4 PARALLE | | | 20 |
| 1 SET - 1/8 PARALLE | | | 20 |
| 1 SET - EXPANDING ARBORS | 1/4 TO 1 | | 20 |
| AIR BELT SANDER | 3/4 X 8 | | 50 |
| 2 - ANGLE AIR GRINDERS | | | 30 |
| TAP & DIE SET | 1/4 TO 1 | | 100 |
| TAP & DIE SET | #4 TO 1/2 | | 25 |
| 1 SET - HOLD DOWN DOG CLAMPS | | | 100 |
| ANGLE PROTRACTOR | | | 25 |
| SETS - # & LETTER STEAL STAMPS | | | 20 |
| 2-1/2 V BLOCK | | | 10 |
| 3-1/4 V BLOCK | | | 20 |
| 3 - MAG INDICATORS | | | 100 |
| SINE VICE | | | 100 |
| MACHINEST VICE | | | 50 |
| ANGLE PLATE | 4 X 4 | | 20 |
| SURFACE PLATE | 24 X 24 | | 300 |
| | | | |
| LATHE TOOLING: | | | |
| 2 - DRILL CHUCKS | | | 150 |
| 2 - LIVE CENTERS | | | 100 |
| 1 - DEAD CENTER | | | 20 |
| CALIPERS | 24" | | 50 |
| BORING BAR | 3/8" | | 75 |
| 2 - BORING BAR | 3/4" | | 100 |
| 2 - CUT OFF TOOL HOLDER | | | 150 |
| 2 - TURNING HOLDERS | | | 150 |
| O/D THREADING TOOL | | | 50 |
| I/D THREADING TOOL | | | 50 |
| COOLENT MISTER | | | 50 |
| ANVEL | 5-1/2 X 8 | | 125 |
| ASSORTED DRILL BITS | | | 500 |
| ASSORTED BORING BARS | | | 150 |
| BROUCH SET | | | 300 |
| ASSORTED METAL | | | 200 |
| | | | |
| SURFACE GRINDING TOOLS: | | | |
| ROTARY ANGLE DIVIDING HEAD | | | 250 |
| WHEEL ANGLE DRESSOR | | | 75 |
| SMALL ROTARY INDEX. HEAD | 5C | | 20 |
| | | | |
| HAND TOOLS: | | | |

| | | | |
|---|---|---|---|
| POTER BAND SAW | | | 100 |
| 4-1/2 GRINDER | | | 20 |
| | | | |
| | | | |
| | | | |

## BANDSAW SECTION

| | | SERIAL # | COST |
|---|---|---|---|
| 2 - ARMSTRONG STRETCH ROLL #5 | | 10228 | 4500 |
| WILLIAMS & WHITE STRETCH ROLL | | 1756D | 4000 |
| 2 - ARMSTRONG #4 BAND GRINDER | | 12722 | 14000 |
| 2 - ARMSTRONG #2  BAND GRINDER | | 3965 | 10000 |
| VOLLMER CA100 BAND GRINDER | | 103 | 20000 |
| RI MK-G-100 STELLITE SIDE GRINDER | | | 4000 |
| YAMANI BAND GRINDER | | 12118 | 3500 |
| YAMANI BAND GRINDER | | 11750 | 3500 |
| YAMANI BAND GRINDER | | 11754 | 3500 |
| - YAMANI BAND GRINDER  NS700RB | | 12565 | 6000 |
| YAMANI STRETCH ROLL | | 3808 | 2500 |
| OTARI WELDER MK-550 | | NO NUMBER | 10000 |
| OTARI STELLITE WELDER | | 01951 | 10000 |
| OTARI AUTOMATIC SWAGE NIK-O | | NO NUMBER | 1500 |
| | | | |
| BANDSAW LEVELER | ISELI | | 12000 |
| ELECTRIC WELDER | | | 175 |
| BANDSAW CLEANER | | | 500 |
| AUTO SWAGE | ARMSTRONG | | 2500 |
| 5 - BANDSAW BACK GAUGE | | | 600 |
| 2 - SWAGE TABLES | | | |
| AIR SWAGE | ARMSTRONG | | |
| DUST COLLECTORS | TORIT | | |
| AIR COMPRESSOR | BLACK MAX | | |
| ASST. SWAGE & SHAPER PARTS | | | 1500 |
| 30 - BANDSAW HAND GAUGES | | | |
| 3 - SIDE DIAL INDICATORS | | | 120 |
| 3 - MICROMETERS | | | 75 |
| 6 - LEVELING HAMMERS | | | 450 |
| 3 - FANS | | | 350 |
| 3 - AIR FLOW CEILING FILTERS | | | 600 |
| ASSORTED TOOLS | | | 300 |
| 4 - HAND GRINDERS | DEWALT | | |
| METAL RACKS | | | 200 |
| 2 - TOOL BOXES | | | 150 |
| 2 - TOOL CABINETS | | | 150 |
| 2 - WELDING CLAMPS | | | 600 |
| 2 - DIE GRINDERS | | | 50 |
| 4 - WHEEL STAR DRESSERS | | | 80 |
| 4 - ASSORTED HAMMERS | | | 120 |
| | | | |

## HEAD SAW & SMALL BANDS

| | | SERIAL # | COST |
|---|---|---|---|
| MILLER CP300 WELDER | | KE749263 | 3500 |
| ILLIAMS & WHITE STRETCH ROLLER | | 72175DF | 4500 |
| FOLEY SAW FILER | | 24705 | 250 |
| FOLEY SAW FILER | | 6008 | 250 |
| VOLLMER BANDSAW FILER | | 25584 | 1500 |
| BANDSAW SETTER | | | 1500 |
| LORACH  1989 | | 85302 | 1500 |
| VOLLMER BANDSAW FILER | | 74742 | 1500 |
| | | | |
| ASSORTED SAW HAMMERS | | | 300 |
| TENSION GAUGES | | | 80 |
| METAL TABLE WITH BIG VICE | | | 100 |
| ASSORTED HAND TOOLS | | | 80 |
| LG DIA SAW POLISHER | | | 500 |
| BELT SANDER ON STAND | | | 75 |
| ANGLE GRINDER | 4" & 8" | | 150 |
| PEDESTAL FAN | | | 60 |
| ASST PART FOR CHAIN REPAIR | | | 80 |
| 110 WATT HEATER | | | 30 |
| LG DIA RUN OUT STAND | | | 150 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## MISC EQUIPMENT & SPARE PARTS

| | | | |
|---|---|---|---|
| PNEUMATIC REFERGERATED DRYER | | NEW | 2500 |
| SAW BLADW SEATING MACHINE | | | 1500 |
| COOLANT RECYCLER | | | 250 |
| UNITEED T&G GRINDER | | | 250 |
| RADIAC CUTOFF MACHINE | | | 1500 |
| COOLANT FILTRATION PAPER SYSTEMS | | 2 - UNIT | 1500 |
| YAMANI STRETCHER ROOL MACHINE | | | 1500 |
| WRIGHT TF 850 REPAIR MACHINES | | 2- UNIT | 4000 |
| CRAFTMAN RADIAL ARM SAW | | | 100 |
| 50 KVA TRANSFORMER | | | 3500 |
| WRIGHT STROBE GRINDER BASE | | | 200 |
| WRIGHT DUAL SIDE GRINDER BASE | | | 250 |
| CRYTRON CYROGENTICS TANK | | | 6000 |
| CYROGENTICS STRESS RELEIVE OVEN | | | 1500 |
| PRESSURE SAND BLAST CABINET | | | 2000 |
| CAROLINA BRAZER | | | 150 |
| WRIGHT TF 850 REBUILD CABINET | | | 400 |
| KO LEE T&G GRINDER | | | 1500 |
| ACE T&G GRINDER | | | 1000 |
| ACE T&G GRINDER W/HEADS | | | 2000 |
| FACTORY CAT FLOOR CLEANER | | | 300 |

| | | | |
|---|---|---|---|
| WATER FLOOR CLEANER | | | 150 |
| AUTO SAW BLASTER | | | 1500 |
| BLAST CABINET W/FILTER | | | 1500 |
| SCRAP TILTING METAL BIN | | | 1500 |
| EMC COOLANT COOKER | | | 1800 |
| IN PLANT COOLANT CENTIFURGE | | | 3500 |
| MISC MOTORS | | | 4000 |
| MISC BELTS | | | 2500 |
| MISC BEARINGS | | | 4500 |
| MISC ELECTRICAL | | | 4000 |
| MISC SHELVING | | | 2500 |
| TOYOTA ELECTRIC FORKLIFT | 3000LB  #2FBCA15-11598 | | 5000 |
| CATERPILLAR DEISEL FORKLIFT | 12000 LB  #914753 | | 7500 |

$    975,000.00

B6D (Official Form 6D) (12/07)

In re  **Union Grove Saw & Knife, Inc.** ,  Case No. _____
                                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3634**<br><br>**Capital Bank**<br>**PO Box 1120**<br>**Greeneville, TN 37744** | X | - | **Real Property (Est. $600,000); Equipment and Inventory (Est. $975.000); Vehicles (Est. $49,790)**<br><br>Value $          **1,637,480.00** | | | X | **407,270.26** | **Unknown** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

__0__  continuation sheets attached

| | Subtotal<br>(Total of this page) | **407,270.26** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **407,270.26** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Union Grove Saw & Knife, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**9**   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Union Grove Saw & Knife, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Asuncion M. Lopes** <br> **162 Trumpet Branch Rd.** <br> **Olin, NC 28660** | - | | | | | | 405.92 <br><br> 405.92 | 405.92 | 0.00 |
| Account No. <br><br> **Barry J. Williams** <br> **1355 Union Grove Rd.** <br> **Harmony, NC 28634** | - | | | | | | 791.12 <br><br> 791.12 | 791.12 | 0.00 |
| Account No. <br><br> **Barry L. Carter** <br> **138 Woodland Bend Dr.** <br> **Harmony, NC 28634** | - | | | | | | 340.43 <br><br> 340.43 | 340.43 | 0.00 |
| Account No. <br><br> **Billy P. Allison, Jr.** <br> **122 Pigeon Ln.** <br> **Olin, NC 28660** | - | | | | | | 443.05 <br><br> 443.05 | 443.05 | 0.00 |
| Account No. <br><br> **Brandon S. Parson** <br> **PO Box 757** <br> **420 Lee Harrington Rd.** <br> **Hiddenite, NC 28636** | - | | | | | | 246.06 <br><br> 246.06 | 246.06 | 0.00 |

Sheet __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,226.58 | |
| 2,226.58 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Union Grove Saw & Knife, Inc.**                                  ,        Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Brenda K. Hall 690 Mulberry Mill Rd. North Wilkesboro, NC 28659 | - | | | | | | 110.35 | 110.35 | 0.00 |
| Account No. | | | | | | | | | |
| Charles W. Hicks 505 E. Memorial Hwy. Harmony, NC 28634 | - | | | | | | 223.50 | 223.50 | 0.00 |
| Account No. | | | | | | | | | |
| Christopher F. Moore 5230 Wilkesboro Hwy Statesville, NC 28625 | - | | | | | | 539.14 | 539.14 | 0.00 |
| Account No. | | | | | | | | | |
| Christopher W. Summers 637 Preston Rd. Smithfield, NC 27577 | - | | | | | | 341.56 | 341.56 | 0.00 |
| Account No. | | | | | | | | | |
| Curtis D. Griffin 171 Forney Dr. Olin, NC 28660 | - | | | | | | 241.58 | 241.58 | 0.00 |

Sheet  **2**   of  **9**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                          1,456.13          1,456.13          0.00

B6E (Official Form 6E) (4/13) - Cont.

In re **Union Grove Saw & Knife, Inc.** ,                    Case No. _____

                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Dale Richey 1550 Ondian Hills Dr. Lenoir, NC 28645 | - | | | | | | | 812.46 |
| | | | | | | | 812.46 | 0.00 |
| Account No. | | | | | | | | |
| Darell R. Collins 214 W. Pine St. Graham, NC 27253 | - | | | | | | | 605.89 |
| | | | | | | | 605.89 | 0.00 |
| Account No. | | | | | | | | |
| David S. Wright 299 Amble Rd. Olin, NC 28660 | - | | | | | | | 680.60 |
| | | | | | | | 680.60 | 0.00 |
| Account No. | | | | | | | | |
| Donald R. Hicks, Sr. 148 Mount Bethel Rd. Harmony, NC 28634 | - | | | | | | | 403.97 |
| | | | | | | | 403.97 | 0.00 |
| Account No. | | | | | | | | |
| Earl D. Hendrix 855 Eupetic Springs Rd. Olin, NC 28660 | - | | | | | | | 460.10 |
| | | | | | | | 460.10 | 0.00 |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 2,963.02 |
|---|---|---|
| | (Total of this page) | 2,963.02    0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Union Grove Saw & Knife, Inc._____ ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. Edward A. Bissell 2554 Bagger Lane Hamptonville, NC 27020 | - | | | | | | | 1,101.41 | 1,101.41 | 0.00 |
| Account No. Eugene J. Gilleo 993 W. Memorial Harmony, NC 28634 | - | | | | | | | 831.43 | 831.43 | 0.00 |
| Account No. Francisco V. Jansinto 193 Trivette Rd. Harmony, NC 28634 | - | | | | | | | 283.24 | 283.24 | 0.00 |
| Account No. Guadalupe M. Guadalupe 3056 Harmony Hwy Harmony, NC 28634 | - | | | | | | | 636.19 | 636.19 | 0.00 |
| Account No. Ismael B. Guadalupe 3056 Harmony Hwy Harmony, NC 28634 | - | | | | | | | 428.57 | 428.57 | 0.00 |

Sheet __4___ of __9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    3,280.84

3,280.84    0.00

B6E (Official Form 6E) (4/13) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                              ,  Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>James L. Harris<br>136 Tutterow Rd.<br>Union Grove, NC 28689 | | - | | | | | 740.16 | 740.16 | 0.00 |
| Account No.<br><br>Joel C. Mejia<br>117 Whispering Dr.<br>Harmony, NC 28634 | | - | | | | | 539.47 | 539.47 | 0.00 |
| Account No.<br><br>Jose G. Barriga<br>3048 Harmony Hwy<br>Harmony, NC 28634 | | - | | | | | 325.66 | 325.66 | 0.00 |
| Account No.<br><br>Koichi Ueno<br>532 S. Greenbriar Rd.<br>Statesville, NC 28625 | | - | | | | | 799.05 | 799.05 | 0.00 |
| Account No.<br><br>Lamarr E. King<br>164 Aycock Rd.<br>Statesville, NC 28625 | | - | | | | | 327.47 | 327.47 | 0.00 |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

2,731.81
2,731.81

2,731.81

0.00

B6E (Official Form 6E) (4/13) - Cont.

In re    **Union Grove Saw & Knife, Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Luis C. Dionicio** <br> **193 Trivette Rd.** <br> **Harmony, NC 28634** | - | | | | | | 325.77 <br><br> 325.77 | | 0.00 |
| Account No. <br><br> **Mack O. Josey** <br> **114-203 Signal Hill Dr.** <br> **Statesville, NC 28625** | - | | | | | | 942.14 <br><br> 942.14 | | 0.00 |
| Account No. <br><br> **Marcelino C. Pablo** <br> **1025 King Court** <br> **Hamptonville, NC 27020** | - | | | | | | 362.37 <br><br> 362.37 | | 0.00 |
| Account No. <br><br> **Michael Smith** <br> **149 Redeamed Lane** <br> **Harmony, NC 28634** | - | | | | | | 372.50 <br><br> 372.50 | | 0.00 |
| Account No. <br><br> **Miguel D. Jacinto** <br> **193 Trivette Rd.** <br> **Harmony, NC 28634** | - | | | | | | 484.48 <br><br> 484.48 | | 0.00 |

Sheet __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                         | 2,487.26 |
(Total of this page)    2,487.26 |                | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                     ,      Case No. _____

                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 498.47 |
| Miguel P. Jacinto 107 Whispering Dr. Harmony, NC 28634 | - | | | | | | 498.47 | 0.00 |
| Account No. | | | | | | | | 245.10 |
| Mitchell W. Shore 475 Mitch Rd. Union Grove, NC 28689 | - | | | | | | 245.10 | 0.00 |
| Account No. | | | | | | | | 268.48 |
| Omar G. Flores 1023 E. Memorial Hwy Harmony, NC 28634 | - | | | | | | 268.48 | 0.00 |
| Account No. | | | | | | | | 324.33 |
| Oscar E. Garcia Rodriguez 156 Sloans Mills Rd. Olin, NC 28660 | - | | | | | | 324.33 | 0.00 |
| Account No. | | | | | | | | 219.50 |
| Paul L. Little 162 Persimmon Cir. Statesville, NC 28625 | - | | | | | | 219.50 | 0.00 |

Sheet  __7__  of  __9__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                    1,555.88
(Total of this page)        1,555.88        0.00

B6E (Official Form 6E) (4/13) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                              ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Rosendo B. Guadalupe<br>3048 Harmony Hwy<br>Harmony, NC 28634 | - | | | | | | 307.48<br><br>307.48 | 307.48<br><br>0.00 |
| Account No.<br><br>Tammy S. Bryant<br>PO Box 322<br>Union Grove, NC 28689 | - | | | | | | 486.86<br><br>486.86 | 486.86<br><br>0.00 |
| Account No.<br><br>Teresa S. Hall<br>746 Mulberry Mill Rd.<br>North Wilkesboro, NC 28659 | - | | | | | | 525.75<br><br>525.75 | 525.75<br><br>0.00 |
| Account No.<br><br>Thomas White<br>347 Basset Rd.<br>Olin, NC 28660 | - | | | | | | 86.68<br><br>86.68 | 86.68<br><br>0.00 |
| Account No.<br><br>Timoteo Guadalupe-Mejia<br>644 Ragles Nill Rd.<br>Hamptonville, NC 27020 | - | | | | | | 372.38<br><br>372.38 | 372.38<br><br>0.00 |

Sheet __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

1,779.15

1,779.15    0.00

B6E (Official Form 6E) (4/13) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                                    Case No. _____
_____,
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Timothy D. Joyner 3305 Lone Hickory Rd. Yadkinville, NC 27055 | - | | | | | | 490.13 | 490.13 | 0.00 |
| Account No. William J. Young 113 Grasswood Rd. La Grange, NC 28551 | - | | | | | | 580.61 | 580.61 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **9** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,070.74 | 1,070.74 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 19,551.41 | 19,551.41 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Union Grove Saw & Knife, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A & E BARKER<br>1600 WASHASH AVE. SUITE A<br>FORT WAYNE, IN 46803** | | - | | | | | 6,910.43 |
| Account No.<br><br>**AAA COOPER TRANSPORTATION<br>PO BOX 102442<br>ATLANTA, GA 30368-2442** | | | | | | | 0.00 |
| Account No.<br><br>**ABLE PRINTING COMPANY.<br>661-300 WILKESBORO STREET<br>MOCKSVILLE, NC 27028** | | - | | | | | 0.00 |
| Account No.<br><br>**ACTION DRIVES, INC.<br>PO BOX 1266<br>WINSTON SALEM, NC 27102** | | - | | | | | 0.00 |

___83___  continuation sheets attached

Subtotal
(Total of this page)                                                                                          6,910.43

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    S/N:43499-140320    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| ACTION PRINTING, INC. 729 WEST MAIN STREET YADKINVILLE, NC 27055 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| ADVANCE AUTO PARTS 164 TURNERSBURG HWY STATESVILLE, NC 28625 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| ADVANCE MARKETING CONCEPTS 7 NORTH LAFAYETTE STREET SUITE 8 SHELBY, NC 28150 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| ADVANCED COMPRESSOR TECHNOLOGY, LLC PO BOX 610 PILOT MOUNTAIN, NC 27041 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| ADVANCED SUPERABRASIVES INC. PO BOX 1390 1270 N. MAIN STREET MARS HILL, NC 28754 | | | | | | | | 2,778.20 |

Sheet no. __1__ of __83__ sheets attached to Schedule of                          Subtotal                     | 2,778.20 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ADVANCED TECHNOLOGIES INT. INC** <br> **105 FORESTDALE DRIVE** <br> **TAYLORS, SC 29687** | - | | | | | | 0.00 |
| Account No. <br><br> **AERO PLASTICS LTD-INC.** <br> **91 CITATION DRIVE UNIT 3** <br> **CONCORD, ON  L4K2Y8 CANADA** | - | | | | | | 0.00 |
| Account No. <br><br> **AFP INDUSTRIES, INC.** <br> **7341-E WEST FRIENDLY AVE.** <br> **GREENSBORO, NC 27410** | - | | | | | | 0.00 |
| Account No. <br><br> **AIR & HYDRAULIC SERVICE CO.** <br> **2200 SHELTON AVE.** <br> **STATESVILLE, NC 28677-2762** | - | | | | | | 0.00 |
| Account No. <br><br> **ALEXANDER DODDS CO** <br> **CO 3000 WALKENT DRIVE NW** <br> **GRAND RAPIDS, MI 49544-1453** | - | | | | | | 0.00 |

Sheet no. __2__ of __83__ sheets attached to Schedule of    Subtotal    0.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                        ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ALLIANCE KNIFE INC.** **PO BOX 729** **HARRISON, OH 45030** | - | | | | | | | 880.02 |
| Account No. | | | | | | | | |
| **ALLIED BEARINGS & SUPPLY** **274 MONROE ST** **STATESVILLE, NC 28677** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ALLIED WASTE SERVICES** **PO BOX 9001099** **LOUISVILLE, KY 40290-1099** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ALLY** **PO BOX 9001948** **LOUISVILLE, KY 40290-1948** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ALPHA MACHINING & GRINDING INC** **127 ADVANTAGE PLACE** **STATESVILLE, NC 28677** | - | | | | | | | 0.00 |

Sheet no. __3__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                880.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____,   Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> AMANA TOOL <br> 120 CAROLYN BLVD. <br> FARMINDALE, NY 11735 | - | | | | | | 597.65 |
| Account No. <br><br> AMBASSADOR COMPANY <br> P.O. 890287 <br> CHARLOTTE, NC 28289-0287 | - | | | | | | 0.00 |
| Account No. <br><br> AMERICAN GENERAL <br> PO Box 0739 <br> Carol Stream, IL 60132 | - | | | | | | 0.00 |
| Account No. <br><br> AMERICAN HOFMANN <br> 3700 COHAN PLACE <br> LYNCHBURG, VA 24501 | - | | | | | | 2,463.27 |
| Account No. <br><br> AMERICAN NATIONAL KNIFE <br> PO BOX 3885 <br> HICKORY, NC 28603 | - | | | | | | 0.00 |

Sheet no. __4__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,060.92**

B6F (Official Form 6F) (12/07) - Cont.

In re __Union Grove Saw & Knife, Inc._____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AMERICAN SHEAR KNIFE (ASKO) PO BOX 355 HOMESTEAD, PA 15120 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| AMERISOURCE FUNDING, INC. PO BOX 4738 HOUSTON, TX 77210-4738 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| ANDERSON TOOL & SAW GRINDING 904 20TH ST. NE HICKORY, NC 28601 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| ANTHE MACHINE WORKS PO BOX 1108 407 MADISON AVE. COVINGTON, KY 41011 | - | | | | | | | 728.61 |
| Account No. | | | | | | | | |
| APPALACHIAN TIRE & AUTO 405 BLOWING ROCK BLVD NW LENOIR, NC 28645 | - | | | | | | | 0.00 |

Sheet no. __5___ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

728.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                      ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | | | | | |
| **ASBILEK** **GAZI BULVARI NO 12 34953** **TUZLA - INSTANBUL - TURKEY** | | | | | | | | 3,337.00 |
| Account No. | | - | | | | | | |
| **ASSOCIATED METAL WORKS, INC.** **PO BOX 449** **HARMONY, NC 28634** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **AT&T** **PO BOX 9001309** **LOUISVILLE, KY 40290-1309** | | | | | | | | 35.00 |
| Account No. | | - | | | | | | |
| **AUTO RESPONSE SYSTEMS** **1461 EASTSHORE HWY** **BERKELEY, CA 94710** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **AUTOMATIC LATHE CUTTERHEAD** **PO BOX 1790** **1012 W. MARKET CENTER DRIVE** **HIGH POINT, NC 27261-1790** | | | | | | | | 0.00 |

Sheet no. __6__ of __83__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,372.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| AUTOMATION DIRECT 3505 HUTCHINSON ROAD CUMMING, GA 30040 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| AVERITT EXPRESS PO BOX 102197 ATLANTA, GA 30368-2197 | | | | | | | | 103.36 |
| Account No. | | - | | | | | | |
| B.H. PAYNE & CO., INC. PO BOX 90608 EAST POINT, GA 30364 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| BATES ABRASIVES 3037 MOMENTUM PLACE CHICAGO, IL 60689-5330 | | | | | | | | 320.58 |
| Account No. | | - | | | | | | |
| BB&T PO BOX 580048 CHARLOTTE, NC 28258-0048 | | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. _**7**_ of _**83**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 423.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                     ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BB&T**<br>**PO BOX 580048**<br>**CHARLOTTE, NC 28258-0048** | - | | | | | | 0.00 |
| Account No.<br><br>**BELL & HOWARD CHEVROLET**<br>**PO BOX 1410**<br>**STATESVILLE, NC 28687** | - | | | | | | 0.00 |
| Account No.<br><br>**BENCO STEEL INC**<br>**PO Box 2053**<br>**HICKORY, NC 28603** | - | | | | | | 0.00 |
| Account No.<br><br>**BENFIELD SANITATION SERVICES**<br>**282 SCOTTS CREEK ROAD**<br>**STATESVILLE, NC 28625** | - | | | | | | 0.00 |
| Account No.<br><br>**BERTELKAMP AUTOMATION, INC.**<br>**6321 BAUM DRIVE**<br>**PO BOX 11488**<br>**KNOXVILLE, TN 37939-1488** | - | | | | | | 0.00 |

Sheet no. __8___ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| BEVERLY'S OF MIDWAY 11130 OLD US HWY. 52S WINSTON-SALEM, NC 27107 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| BILL MARTIN, INC. 106 MARTIN LANE HWY 64 E STATESVILLE, NC 28625 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| BILL MCGUINN 315 TOWHEE DR LEXINGTON, NC 27292 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| BILL ME LATER PO BOX 105658 ATLANTA, GA 30348-5658 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| BLACK & DECKER PO BOX 98692 CHICAGO, IL 60693 | - | | | | | | | 1,981.45 |

Sheet no. __9__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,981.45

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BLACK DODGE** <br> **PO BOX 1269** <br> **STATESVILLE, NC 28687** | - | | | | | | 0.00 |
| Account No. <br><br> **BLACKBURN'S MACHINE & GRINDING, INC.** <br> **409 STILLWATER ROAD** <br> **BOOMER, NC 28606** | - | | | | | | 390.00 |
| Account No. <br><br> **BLAST-IT-ALL** <br> **PO BOX 1615** <br> **185 PIPER LANE** <br> **SALISBURY, NC 28145-1615** | - | | | | | | 0.00 |
| Account No. <br><br> **BLUE CROSS BLUE SHIELD** <br> **PO BOX 580017** <br> **CHARLOTTE, NC 28258-0017** | - | | | | | | 0.00 |
| Account No. <br><br> **BLUE RIDGE CHEMICALS, INC.** <br> **5335 ROGERS ROAD** <br> **HICKORY, NC 28602** | - | | | | | | 0.00 |

Sheet no. __10__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **390.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BOLT & TOOL SUPPLY OF HICKORY, INC. 416 9TH STREET SE HICKORY, NC 28602** | - | | | | | | 0.00 |
| Account No. **BONANZA, INC. 400 E PINE STREET #215 SEATTLE, WA 98122** | - | | | | | | 0.00 |
| Account No. **BOSTON SAW & TOOL, INC. 2530 SPRINGS ROAD NE HICKORY, NC 28601** | - | | | | | | 0.00 |
| Account No. **BRADY PRINTING. 1551 SALISBURY RD STATESVILLE, NC 28677** | - | | | | | | 0.00 |
| Account No. **BROWN'S TRUCK & AUTO SERVICE PO BOX 342 MARION, NC 28752** | - | | | | | | 0.00 |

Sheet no. __11__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BUD'S OIL COMPANY, INC.** <br> **3305 HARMONY HWY.** <br> **HARMONY, NC 28634** | - | | | | | | 0.00 |
| Account No. <br><br> **BUFFALO ABRASIVES, INC.** <br> **960 ERIE AVENUE NORTH** <br> **TONAWANDA, NY 14120** | - | | | | | | 0.00 |
| Account No. <br><br> **BURTON SOUTHEAST, INC.** <br> **PO BOX 10396** <br> **EUGENE, OR 97440** | - | | | | | | 2,325.37 |
| Account No. <br><br> **CANTERBURY FLOORING** <br> **192 INDUSTRIAL BLVD** <br> **MOCKSVILLE, NC 27028** | - | | | | | | 0.00 |
| Account No. <br><br> **Capital Bank BANKCARD/ A/P-2009** <br> **PO BOX 569200** <br> **DALLAS, TX 75356** | - | | | | | | 1,445.55 |

Sheet no. __12__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                3,770.92
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Capital Bank BANKCARD/ANDY-2694** PO BOX 569200 DALLAS, TX 75356 | - | | | | | | 1,794.08 |
| Account No. **Capital Bank BANKCARD/BARRY OLD-1415** PO BOX 569200 DALLAS, TX 75356 | - | | | | | | 61.79 |
| Account No. **Capital Bank BANKCARD/BARRY-2686** PO BOX 569200 DALLAS, TX 75356 | - | | | | | | 2,857.82 |
| Account No. **Capital Bank BANKCARD/BRAD-0293** PO BOX 569200 DALLAS, TX 75356 | - | | | | | | 1,318.63 |
| Account No. **Capital Bank BANKCARD/CHRIS-1407** PO BOX 569200 DALLAS, TX 75356 | - | | | | | | 1,772.77 |

Sheet no. __13__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,805.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                    ,          Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Capital Bank BANKCARD/DALE-2298 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | 1,299.08 |
| Account No. | | | | | | | |
| **Capital Bank BANKCARD/DARELL-1878 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | 1,884.69 |
| Account No. | | | | | | | |
| **Capital Bank BANKCARD/ED-2397 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Capital Bank BANKCARD/KEN-2116 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | 850.17 |
| Account No. | | | | | | | |
| **Capital Bank BANKCARD/MACK-2678 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | 1,271.21 |

Sheet no. __14__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,305.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Capital Bank BANKCARD/MIKE J-2249 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | | 1,743.96 |
| Account No. | | | | | | | | |
| **Capital Bank BANKCARD/MIKE P-2462 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | | 1,045.30 |
| Account No. | | | | | | | | |
| **Capital Bank BANKCARD/RUSTY-2207 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | | 846.00 |
| Account No. | | | | | | | | |
| **Capital Bank BANKCARD/TOMMY-1910 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | | 1,064.94 |
| Account No. | | | | | | | | |
| **Capital Bank BANKCARD/TONY-2421 PO BOX 569200 DALLAS, TX 75356** | - | | | | | | | 1,293.90 |

Sheet no. __15__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,994.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Capital Bank BANKCARD/UGS-2405** **PO BOX 569200** **DALLAS, TX 75356** | - | | | | | | | 2,611.26 |
| Account No. | | | | | | | | |
| **Capital Bank BANKCARD/UGS-2439** **PO BOX 569200** **DALLAS, TX 75356** | - | | | | | | | 2,329.13 |
| Account No. | | | | | | | | |
| **CARDINAL TOOL & GRINDING** **7430 BRANDY CREEK DR** **MECHANICSVILLE, VA 23111** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **CAROLINA FLUID COMPONENTS LLC** **9309 STOCKPORT PLACE** **CHARLOTTE, NC 28273** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **CAROLINA GLOVE COMPANY** **PO DRAWER 820** **NEWTON, NC 28658** | - | | | | | | | 0.00 |

Sheet no. __16__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **4,940.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**CAROLINA INDUSTRIAL SALES** <br>**PO BOX 879** <br>**WILKESBORO, NC 28697** | - | | | | | | | 0.00 |
| Account No. <br><br>**CAROLINA PETROLEUM COMPANY, INC.** <br>**PO BOX 5337** <br>**STATESVILLE, NC 28687** | - | | | | | | | 0.00 |
| Account No. <br><br>**CAROLINA POWERTRAIN** <br>**2351 US HWY 70 SW** <br>**HICKORY, NC 28602** | - | | | | | | | 0.00 |
| Account No. <br><br>**CERATIZIT USA INC** <br>**PO BOX 272** <br>**5369 RT. 982** <br>**LATROBE, PA 15650-0272** | - | | | | | | | 0.00 |
| Account No. <br><br>**CERTIFIED TOOL & GRINDING** <br>**4475 INFIRMARY RD.** <br>**DAYTON, OH 45449** | - | | | | | | | 4,701.56 |

Sheet no. __17__ of __83__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,701.56**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CHARLES G. G. SCHMIDT & CO., INC. 301 WEST GRAND AVENUE MONTVALE, NJ 07645-1869 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| CHARLOTTE EYE EAR NOSE & THROAT ASSOCIAT 6035 FAIRVIEW RD CHARLOTTE, NC 28210-3256 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| CHARLOTTE SAW & KNIFE, INC. PO BOX 36697 CHARLOTTE, NC 28236-6697 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| CHELSEA LEE RICHARDSON 5694 MERTIE RD MILLERS CREEK, NC 28651-8535 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| CHEMTOOL INCORPORATED 801 W ROCKTON ROAD ROCKTON, IL 61072 | - | | | | | | 0.00 |

Sheet no. __18__ of __83__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CINTAS CORPORATION #230** <br> **ATTN: ACCOUNTS RECEIVABLE** <br> **PO BOX 630803** <br> **CINCINNATI, OH 45263-0803** | - | | | | | | 203.55 |
| Account No. <br><br> **CINTAS FIRST AID & SAFETY** <br> **LOCKBOX 636525** <br> **PO BOX 636525** <br> **CINCINNATI, OH 45263-6525** | - | | | | | | 0.00 |
| Account No. <br><br> **CITY OF GOLDSBORO** <br> **POST OFFICE DRAWER A** <br> **GOLDSBORO, NC 27533** | - | | | | | | 62.50 |
| Account No. <br><br> **CLAYTON L COODY** <br> **916 OLIN LOOP** <br> **OLIN, NC 28660** | - | | | | | | 0.00 |
| Account No. <br><br> **CLC LUBRICANTS INC.** <br> **PO BOX 761** <br> **GENEVA, IL 60134** | - | | | | | | 1,215.50 |

Sheet no. __19__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,481.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **CLINE'S FLOREST** **46 WEST MAIN AVE** **TAYLORSVILLE, NC 28681** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **CMT TOOLS** **7609-D BENTLEY RD** **GREENSBORO, NC 27409** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **CNC TECHNOLOGY** **PO Box 3942-141** **33RD STREET DRIVE SE** **HICKORY, NC 28602** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **COLLINSVILLE MACHINE** **64 WHEELER AVE.** **COLLINSVILLE, VA 24078** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **COLONIAL LIFE INSURANCE** **ATTN: PROCESSING CENTER** **P.O. BOX 903** **COLUMBIA, SC 29202** | - | | | | | | | 0.00 |

Sheet no. __20__ of __83__ sheets attached to Schedule of          Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,      Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| COLONIAL LIFE INSURANCE - ED'S PO BOX 1365 COLUMBIA, SC 29202-1365 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| COLONIAL SAW CO., INC. PO BOX A KINGSTON, MA 02364-0500 | - | | | | | | | 3,666.32 |
| Account No. | | | | | | | | |
| COMMERCIAL SAW & KNIFE (OLD DOMINION) PO BOX 278 MONROE, VA 24574 | - | | | | | | | 3,431.56 |
| Account No. | | | | | | | | |
| COMMONWEALTH TOOL SPECIALTY PO BOX 896019 CHARLOTTE, NC 28289-6019 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| COMPANION LIFE INS. CO. (DENTAL) PO BOX 100102 COLUMBIA, SC 29202 | - | | | | | | | 0.00 |

Sheet no. __21__ of __83__ sheets attached to Schedule of                          Subtotal | 7,097.88
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  COMSURGE, INC. 12118 POWAY RD. POWAY, CA 92064 | | - | | | | | | 0.00 |
| Account No.  CONKLIN 2191 INTERNATIONAL ST COLUMBUS, OH 43228 | | - | | | | | | 0.00 |
| Account No.  CONOVER MACHINE & DESIGN PO BOX 977 231 33RD ST. S.E. CONOVER, NC 28613 | | - | | | | | | 503.44 |
| Account No.  CONWAY FREIGHT PO BOX 5160 PORTLAND, OR 97208-5160 | | - | | | | | | 0.00 |
| Account No.  COSTCO 1085 HANES MALL BLVD WINSTON SALEM, NC 27103 | | - | | | | | | 0.00 |

Sheet no. __22__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **503.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CRATER REPAIRS** <br> **2918 JENNIGS RD** <br> **OLIN, NC 28660** | - | | | | | | 0.00 |
| Account No. <br><br> **CRESCENT MERCHANT** <br> **12700 Park Central Dr** <br> **Ste 1100** <br> **Dallas, TX 75251** | - | | | | | | 0.00 |
| Account No. <br><br> **CRP INDUSTRIES INC.** <br> **35 COMMERCE DRIVE** <br> **CRANBURY, NJ 08512** | - | | | | | | 0.00 |
| Account No. <br><br> **CUSTOM BUILT COMPUTER SYSTEMS** <br> **103 WEST MEMORIAL HWY** <br> **HARMONY, NC 28634** | - | | | | | | 0.00 |
| Account No. <br><br> **CUSTOM SIGN & GRAPHICS LLC** <br> **204 EDGEBROOK DRIVE** <br> **PIKEVILLE, NC 27863** | - | | | | | | 0.00 |

Sheet no. __23__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                          ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**D & D MACHINE WORKS, INC.**<br>**111 DEALWOOD DRIVE**<br>**STATESVILLE, NC 28625** | - | | | | | | **0.00** |
| Account No.<br><br>**DALE WILLIAMS GRADING**<br>**125 BULLDOZER DRIVE**<br>**OLIN, NC 28689** | - | | | | | | **0.00** |
| Account No.<br><br>**DALE'S TIRE SERVICE**<br>**PO BOX 299**<br>**HARMONY, NC 28634** | - | | | | | | **0.00** |
| Account No.<br><br>**DESCO**<br>**2014 NORTHSIDE DRIVE**<br>**STATESVILLE, NC 28625** | - | | | | | | **0.00** |
| Account No.<br><br>**DIAMOND SAW WORKS, INC.**<br>**12290 OLEAN ROAD**<br>**CHAFFEE, NY 14030-9768** | - | | | | | | **0.00** |

Sheet no. __24__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DIAMOND WHEEL INC.** **7975 STONE CREEK DRIVE, SUITE 10** **CHANHASSEN, MN 55317** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DILLON SUPPLY COMPANY** **PO BOX 14506 WS 230-010** **RALEIGH, NC 27620** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DOCUMENT IMAGING SOLUTION** **2454 DAVIE AVE.** **STATESVILLE, NC 28625** | - | | | | | | 600.06 |
| Account No. | | | | | | | |
| **DOORS BY NALLY, INC.** **4710 MTN CREEK AVE** **DENVER, NC 28037** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **DUDA ENERGY LLC** **1112 BROOKS ST SE** **DECATUR, AL 35601** | - | | | | | | 0.00 |

Sheet no. __25__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **600.06**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                                    ,    Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DUKE ENERGY** **PO BOX 70516** **CHARLOTTE, NC 28272-0516** | - | | | | | | 0.00 |
| Account No. **DUKE ENERGY/PROGRESS** **PO BOX 1003** **CHARLOTTE, NC 28201-1003** | - | | | | | | 0.00 |
| Account No. **DUNLOW SERVICES, INC.** **PO BOX 104** **AFTON, VA 22920** | - | | | | | | 0.00 |
| Account No. **E & K SALES** **14930 MARQUARDT** **AVENUE SANTA FE SPRINGS, CA 90670** | - | | | | | | 0.00 |
| Account No. **EAGLE INTERNATIONAL** **48 DRUM & HAMMER DR.** **TAYLORSVILLE, NC 28681** | - | | | | | | 15,447.24 |

Sheet no. __26__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,447.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| EAGLE RENTALS, INC-STATESVILLE 3435 BROAD ST STATESVILLE, NC 28625 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| EAGLE SUPERABRASIVES, INC. PO BOX 3856 HICKORY, NC 28602 | - | | | | | | | 5,654.42 |
| Account No. | | | | | | | | |
| ECONOTOOL 2971 FRANKS RD HUNTINGDON VALLEY, PA 19006 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ed Bissell 2554 Bagger Lane Hamptonville, NC 27020 | - | | | | | | | 216,623.53 |
| Account No. | | | | | | | | |
| EDGE MANUFACTURING 1120 MASON CIRCLE SOUTH PEVELY, MO 63070 | - | | | | | | | 0.00 |

Sheet no. __27__ of __83__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

222,277.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **EMERGENCY LITE SERVICE CTR. INC.** **2525 NEVADA AVE N #308** **MINNEAPOLIS, MN 55427** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **EMPIRE MARKETING GROUP** **407 JEFFREYS LANE** **GOLDSBORO, NC 27530** | - | | | | | | 820.37 |
| Account No. | | | | | | | |
| **ENTERPRISE** **5029 EQUIPMENT DRIVE** **CHARLOTTE, NC 28269** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **EQUIPMENT LTD.** **PO BOX 3508** **HICKORY, NC 28603** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ERIE INSURANCE** **100 ERIE INS. PLACE** **ERIE, PA 16530-1105** | - | | | | | | 4,563.94 |

Sheet no. __28__ of __83__ sheets attached to Schedule of        Subtotal        | 5,384.31 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                    ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ERVIN HART** <br> **4232 STATESVILLE ROAD** <br> **N. WILKESBORO, NC 28659** | - | | | | | | 0.00 |
| Account No. <br><br> **ESC OF NC** <br> **PO BOX 26504** <br> **RALEIGH, NC 27611-6504** | - | | | | | | 0.00 |
| Account No. <br><br> **ESSCO** <br> **PO BOX 409897** <br> **ATLANTA, GA 30384-9897** | - | | | | | | 0.00 |
| Account No. <br><br> **ETP TRANSMISSION INC.** <br> **135 FURNITURE ROW** <br> **MILFORD, CT 06460** | - | | | | | | 5,920.94 |
| Account No. <br><br> **EUROPEAN TOOLING, INC.** <br> **PO BOX 1504 205 CREEKSIDE DRIVE** <br> **WASHINGTON, NC 27889** | - | | | | | | 0.00 |

Sheet no. __29__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **5,920.94**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** ,                Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> EVANS COATINGS, LLC <br> 1330 SOUTER <br> TROY, MI 48083-2839 | - | | | | | | 6,620.00 |
| Account No. <br><br> EVERSHARP SAW & TOOL <br> 1241 13TH STREET NE <br> HICKORY, NC 28601 | - | | | | | | 0.00 |
| Account No. <br><br> EVOLUTION <br> 8363 RESEARCH DRIVE <br> DAVENPORT, IA 52806 | - | | | | | | 361.37 |
| Account No. <br><br> FACTORY CLEANING EQUIPMENT <br> 159 BARLEY PARK LANE UNIT I&J <br> MOORESVILLE, NC 28115 | - | | | | | | 0.00 |
| Account No. <br><br> FEDERAL KNIFE INC. <br> PO BOX 509 <br> PALMYRA, IN 47164 | - | | | | | | 0.00 |

Sheet no. __30__ of __83__ sheets attached to Schedule of              Subtotal              | 6,981.37 |
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FERRO CORPORATION PO BOX 5831 CLEVELAND, OH 44193-1022 | - | | | | | | | 1,192.52 |
| Account No. | | | | | | | | |
| FINISH LINE FORD 1011 FOLGER DR. STATESVILLE, NC 28625 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| FIRST BANK 3364 HARMONY HWY HARMONY, NC 28634 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| FLAT TOP COMPUTER SYSTEMS 2620 HWY 64 E Mocksville, NC 27028 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| FLEETTRAX PO BOX 270186 FLOWER MOUND, TX 75027 | - | | | | | | | 754.65 |

Sheet no. __31__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,947.17**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.** ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FLEX-PAY BUSINESS SERVICES** <br> **723 COLISEUM DRIVE** <br> **WINSTON-SALEM, NC 27106** | - | | | | | | 0.00 |
| Account No. <br><br> **FOREST CITY TOOL INC.** <br> **620 23RD ST NW** <br> **HICKORY, NC 28681** | - | | | | | | 0.00 |
| Account No. <br><br> **FORMAC AUTOMOTIVE** <br> **1484 US HWY 64 WEST** <br> **MOCKSVILLE, NC 27028** | - | | | | | | 0.00 |
| Account No. <br><br> **FRED M. VELEPEC CO., INC.** <br> **71-72-70TH STREET** <br> **GLENDALE, NY 11385** | - | | | | | | 0.00 |
| Account No. <br><br> **FREUD USA, INC.** <br> **PO BOX 7187** <br> **HIGH POINT, NC 27264** | - | | | | | | 2,632.64 |

Sheet no. __32__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,632.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                                    ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **FS TOOL CORPORATION PO BOX 510 LEWISTON, NY 14092-0510** | - | | | | | | **5,571.50** |
| Account No. | | | | | | | |
| **FUELMAN PO BOX 105080 ATLANTA, GA 30348-5080** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **FULLER WELDING & FABRICATORS 980 SALISBURY RD MOCKSVILLE, NC 27028** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **G&B ENERGY PO BOX 811 ELKIN, NC 28621-0811** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **G&K SERVICES PO BOX 7627 CHARLOTTE, NC 28241** | - | | | | | | **523.17** |

Sheet no. __33__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **6,094.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                    ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GEORGE C JEFFREYS 401 JEFFREYS LANE GOLDSBORO, NC 27530 | - | | | | | | | 600.00 |
| Account No. | | | | | | | | |
| GEORGIA GRINDING WHEEL PO BOX 923205 NORCROSS, GA 30092 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GERMAIN FORD LINCOLN OF STATESVILLE 1011 FOLGER DRIVE STATESVILLE, NC 28625 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GLOBAL TOOLING & SUPPLY 1203 OCEAN STREET EUGENE, OR 97402 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GMAC PO BOX 53014 CHARLOTTE, NC 28253 | - | | | | | | | 0.00 |

Sheet no. __34__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

600.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GOCKEL AMERICA<br>PO BOX 531<br>OXFORD, MA 01540** | - | | | | | | 0.00 |
| Account No.<br><br>**GOLDSBORO NEON SIGN INC.<br>PO BOX 1811<br>GOLDSBORO, NC 27530-2428** | - | | | | | | 460.13 |
| Account No.<br><br>**GRAINGER INDUSTRIAL SUPPLY<br>7 11TH NW ST<br>HICKORY, NC 28601** | - | | | | | | 0.00 |
| Account No.<br><br>**GRAN QUARTZ<br>PO BOX 2206<br>TUCKER, GA 30085-2206** | - | | | | | | 0.00 |
| Account No.<br><br>**GRANT MANUFACTURING &<br>ALLOYING<br>PO BOX 69 200-C FURNACE STREET<br>BIRDSBORO, PA 19508** | - | | | | | | 1,762.00 |

Sheet no. __35__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,222.13

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GRASCHE USA, INC 240 PERFORMANCE DRIVE, SE HICKORY, NC 28602-4752 | - | | | | | | | 4,804.54 |
| Account No. | | | | | | | | |
| GREAT AMERICA LEASING CORP PO BOX 609 CEDAR RAPIDS, IA 52406-0609 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GREAT LAKES CUSTOM TOOL MFG. * 101 N OLD PESHTIGO RD PESHTIGO, WI 54157-1728 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GRIND CLEAN LUBRICANTS 403 TEAGUE TOWN ROAD TAYLORSVILLE, NC 28681 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GUHDO 1135 JVL INDUSTRIAL COURT MARIETTA, GA 30066 | - | | | | | | | 0.00 |

Sheet no. __36__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,804.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **HAAS MACHINE TOOLS, INC. (SC) 131 ELLIANA WAY, SUITE D SUMMERVILLE, SC 29483** | - | | | | | | | 75.58 |
| Account No. **HAAS SAW & SUPPLY (NC) 637 MCWAY DRIVE HIGH POINT, NC 27263** | - | | | | | | | 0.00 |
| Account No. **HAAS SAW & SUPPLY (SC) GREENSBURG RD STE B N CANTON, OH 44720** | - | | | | | | | 0.00 |
| Account No. **HAMPTONVILLE FIRE EXTINGUISHER SALES & S 6046 JOHNSON ROAD HAMPTONVILLE, NC 27020** | - | | | | | | | 452.61 |
| Account No. **HARMONY ASSOCIATES, INC. PO BOX 230 SYBERTSVILLE, PA 18251** | - | | | | | | | 579.04 |

Sheet no. __37__ of __83__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,107.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| HIGH COUNTRY SPRINGS PO BOX 238 PILOT MOUNTAIN, NC 27041-0238 | - | | | | | | | 15.22 |
| Account No. | | | | | | | | |
| HOLLAND 750 EAST 40TH ST. HOLLAND, MI 49423 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| HOLTEC USA CORP PO BOX 2190 BRANDON, FL 33509 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| HUGH'S SHEET METAL 1312 BARKLEY RD. STATESVILLE, NC 28677 | - | | | | | | | 679.00 |
| Account No. | | | | | | | | |
| HUNTINGTON NATIONAL BANK PO BOX 701096 CINCINNATI, OH 45270-1096 | - | | | | | | | 0.00 |

Sheet no. __38__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 694.22

B6F (Official Form 6F) (12/07) - Cont.

In re __**Union Grove Saw & Knife, Inc.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IMSI DESIGN**<br>**25 LEVERONI COURT**<br>**NOVATO, CA 94949** | - | | | | | | 0.00 |
| Account No.<br><br>**INDUSTRIAL HEARING SERVICE**<br>**703 BRYANT STREET**<br>**STATESVILLE, NC 28677** | - | | | | | | 0.00 |
| Account No.<br><br>**INDUSTRIAL SHARPENERS, INC.**<br>**401 JEFFREYS LANE**<br>**GOLDSBORO, NC 27530** | - | | | | | | 17,032.92 |
| Account No.<br><br>**INDUSTRIAL SUPPLY SOLUTIONS, INC.**<br>**804 JULIAN ROAD**<br>**SALISBURY, NC 28147** | - | | | | | | 0.00 |
| Account No.<br><br>**INGRAM GLASS WORKS, INC.**<br>**2130 NEWTON DRIVE**<br>**STATESVILLE, NC 28677** | - | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __**39**__ of __**83**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 17,032.92 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                                           ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **INTER-CONTINENTAL CORP. PO BOX 1119 CONOVER, NC 28613-1119** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **INTERNAL REVENUE SERVICE PO BOX 931000 LOUISVILLE, KY 40293-1000** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **INTERNATIONAL CARBIDE ENGINEERING PO BOX 216 5000 MAIN STREET DRAKES BRANCH, VA 23937-0216** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **INTERNATIONAL KNIFE AND SAW 1435 N CASHUA RD FLORENCE, SC 29501** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **INTERSTATE AUTO & TRUCK SERVICE, INC. 2834 BUD HAWKINGS RD DUNN, NC 28334** | - | | | | | | **0.00** |

Sheet no. __40__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **INTERSTATE BOLT & SUPPLY CO.** <br> **PO BOX 5351** <br> **STATESVILLE, NC 28687** | - | | | | | | 0.00 |
| Account No. <br><br> **INTUIT** <br> **PO BOx 351270** <br> **New Braunfels, TX 78135** | - | | | | | | 0.00 |
| Account No. <br><br> **IONBOND, LLC** <br> **PO BOX 18473** <br> **NEWARK, NJ 07191** | - | | | | | | 0.00 |
| Account No. <br><br> **IREDELL COUNTY TAX COLLECTOR** <br> **PO BOX 1027** <br> **STATESVILLE, NC 28687** | - | | | | | | 5,989.27 |
| Account No. <br><br> **IREDELL EYE CENTER** <br> **646 HARTNESS RD** <br> **STATESVILLE, NC 28677** | - | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __41__ of __83__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 5,989.27 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Union Grove Saw & Knife, Inc._____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| IREDELL HYDRAULIC DIESEL SERVICE 543 JERICO ROAD HARMONY, NC 28634 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| IREDELL WATER CORPORATION PO BOX 711 STATESVILLE, NC 28687 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| IREDELL WELDING & METAL SERVICES PO BOX 388 HARMONY, NC 28634 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| J.D. FLETCHER ENTERPRISES 41 MARION DRIVE KINGSTON, MA 02364 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| JAYHAWK PLASTICS PO BOX 4228 OLATHE, KS 66063-4228 | - | | | | | | | 0.00 |

Sheet no. __42__ of __83__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JEAN GREGORY LUNSFORD, CPA PO BOX 250 UNION GROVE, NC 28689-0250 | - | | | | | | 2,000.00 |
| Account No. | | | | | | | |
| JML SALES, INC. 239 HOMESTEAD ROAD HARMONY, NC 28634 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| JOHNSON-SHERMAN CO., INC. PO BOX 1937 GOLDSBORO, NC 27533 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| JOY LUCK, INC. 3019 ORCHARD HILL SAN ANTONIO, TX 78230 | - | | | | | | 3,249.16 |
| Account No. | | | | | | | |
| KANEFUSA USA, INC. 621 DOLWICK DRIVE ERLANGER, KY 41018 | - | | | | | | 0.00 |

Sheet no. __43__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5,249.16

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| KASCO SHARP TECH 1569 TOWER GROVE AVE ST LOUIS, MO 63110 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| KEN STOUT 7100 SUNBURST TRAIL DENTON, TX 76210 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| KLINGSPOR ABRASIVES, INC PO BOX 2367 HICKORY, NC 28603-2367 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| L.A. SIMPSON MACHINE COMPANY PO BOX 589 2475 OLD CHARLOTTE HWY. MONROE, NC 28111 | - | | | | | | | 756.75 |
| Account No. | | | | | | | | |
| L.S. STARRETT PO BOX 75673 CHARLOTTE, NC 28275 | - | | | | | | | 0.00 |

Sheet no. __44__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          756.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| LAW OFFICE OF ANTHONY S PRIVETTE PLLC 307 DAVIE AVENUE STATESVILLE, NC 28677 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| LAWSON PRODUCTS PO BOX 809401 CHICAGO, IL 60680-9401 | - | | | | | | 103.01 |
| Account No. | | | | | | | |
| LINCOLN TOOL COMPANY PO Box 728 CORNELIUS, NC 28031 | - | | | | | | 18,304.62 |
| Account No. | | | | | | | |
| LRH ENTERPRISES, INC. 9250 INDEPENDENCE AVE. CHATSWORTH, CA 91311 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| LUCAS-MILHAUPT, INC. 5656 S. PENNSYLVANIA AVE. CUDAHY, WI 53110 | - | | | | | | 791.11 |

Sheet no. __45__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,198.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MAC-IT CORPORATION 275 E LIBERTY STREET LANCASTER, PA 17602** | - | | | | | | 0.00 |
| Account No. **MACHINE & WELDING SUPPLY CO. PO BOX 1708 DUNN, NC 28335** | - | | | | | | 0.00 |
| Account No. **Mack Josey 114-203 Signal Hill Dr. Statesville, NC 28625** | - | | | | | | 6,421.01 |
| Account No. **MADSEN'S SHOP & SUPPLY INC 1408 SOUTH GOLD #2 CENTRALIA, WA 98531** | - | | | | | | 0.00 |
| Account No. **MARCUS HOLLAND 598 HUNTER RD. NORTH WILKESBORO, NC 28659** | - | | | | | | 3,950.00 |

Sheet no. __46__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **10,371.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                         ,        Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MASON SALES CO.** **PO BOX 444** **IRWINTON, GA 31042** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MASTERMANS, LLP** **PO BOX 411** **AUBURN, MA 01501** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MCCOMBS STEEL COMPANY, INC.** **117 SLINGSHOT RD.** **STATESVILLE, NC 28677** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MEADOW MILLS, INC.** **PO BOX 1288** **1352 WEST D STREET** **NORTH WILKESBORO, NC 28659** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MICHAEL WEINIG, INC.** **PO BOX 3158** **MOORESVILLE, NC 28117** | - | | | | | | 0.00 |

Sheet no. __47__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MID-ATLANTIC LOGGING & BIOMASS EXPO** **1500 PINEY PLAINS RD, SUITE 200** **CARY, NC 27518** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MILLER BROTHERS LUMBER COMPANY, INC.** **350 ELKIN WILD LIFE ROAD** **ELKIN, NC 28621** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MITCHELL HAULING & GRADING** **PO BOX 314** **UNION GROVE, NC 28689-0314** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MITCHELL'S UPHOLSTRY** **2125 STEVENS MILL RD** **GOLDSBORO, NC 27530** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **MITSUI-SOKO (USA) INC.** **1651 GLENN CURTISS ST.** **CARSON, CA 90746** | - | | | | | | 0.00 |

Sheet no. __48__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                              ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **MOLEMAB ABRASIVES USA** 91 Carey Road Queensbury, NY 12804 | - | | | | | | | | 2,174.41 |
| Account No. | | | | | | | | | |
| **MOOSE, MARTIN, HAYNES & LUNDY, P.A.** PO BOX 1308 STATESVILLE, NC 28687 | - | | | | | | | | 21,795.00 |
| Account No. | | | | | | | | | |
| **MORRIS WOOD TOOL** 4990 EAST ANDREW JOHNSON HWY MORRISTOWN, TN 37814-6408 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **MOULDER SERVICES** PO BOX 479 602 SOUTH EASTWAY DRIVE TROUTMAN, NC 28166 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **MR. PART** PO BOX 78 ROUGEMONT, NC 27572 | - | | | | | | | | 0.00 |

Sheet no. __49__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,969.41**

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** ,                     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MULTI METALS**<br>**PO BOX 635937**<br>**CINCINNATI, OH 45263** | | - | | | | | 3,925.22 |
| Account No. | | | | | | | |
| **NATIONAL CIRCUIT, INC.**<br>**950 TATE BLVD. SE SUITE 105**<br>**HICKORY, NC 28602** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **NATIONAL FLOORING**<br>**DISTRIBUTORS INC**<br>**PO BOX 22235**<br>**LOUISVILLE, KY 40252** | | - | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **NC Department of Commerce**<br>**Division of Employment Security**<br>**PO Box 26504**<br>**Raleigh, NC 27611** | | - | | | | | 0.00 |
| Account No. | | | **Notice Only** | | | | |
| **NC Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | | - | | | | | 0.00 |

Sheet no. __50__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,925.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **NC Department of the State Treasurer Escheats Division 325 North Salisbury Street Raleigh, NC 27603** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **NC DEPT OF LABOR 1101 MAIL SERVICE CENTER RALEIGH, NC 27699-1101** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **NC DEPT OF LABOR(OSHA) 1101 MAIL SERVICE CENTER RALEIGH, NC 27699-1101** | - | | | | | | | 3,400.00 |
| Account No. | | | | | | | | |
| **NC DEPT OF MOTOR VEHICLES P O BOX 29620 RALEIGH, NC 27626-0620** | - | | | | | | | 273.56 |
| Account No. | | | | | | | | |
| **NC DEPT OF REVENUE PO BOX 25000 RALEIGH, NC 27640-0640** | - | | | | | | | 73.19 |

Sheet no. __51__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,746.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| NC Secretary of State PO BOX 29622 Raleigh, NC 27626 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| NEW WAY SIGNS & GRAPHICS 1417 ALEXANDER STREET STATESVILLE, NC 28677 | - | | | | | | | 340.25 |
| Account No. | | | | | | | | |
| NEWARK ELECTRONICS 4180 HIGHLANDER PARKWAY RICHFIELD, OH 44286 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| NFIB 53 CENTURY BLVD., SUITE 250 NASHVILLE, TN 37214 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| NORTHERN TOOL & EQUIPMENT PO BOX 5219 CAROL STREAM, IL 60197-5219 | - | | | | | | | 0.00 |

Sheet no. __52__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

340.25

B6F (Official Form 6F) (12/07) - Cont.

In re __**Union Grove Saw & Knife, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9368210 | - | | | | | | |
| NORTHWESTERN MUTUAL - BARRY P O BOX 3009 MILWAUKEE, WI 53201-3009 | | | | | | | 0.00 |
| Account No. 9446307 | - | | | | | | |
| NORTHWESTERN MUTUAL - ED P O BOX 3009 MILWAUKEE, WI 53201-3009 | | | | | | | 0.00 |
| Account No. 9774563 | - | | | | | | |
| NORTHWESTERN MUTUAL - ED P O BOX 3009 MILWAUKEE, WI 53201-3009 | | | | | | | 0.00 |
| Account No. 9774568 | - | | | | | | |
| NORTHWESTERN MUTUAL - ED P O BOX 3009 MILWAUKEE, WI 53201-3009 | | | | | | | 0.00 |
| Account No. | - | | | | | | |
| OLD DOMINION FREIGHT LINE, INC PO BOX 198475 ATLANTA, GA 30384-8475 | | | | | | | 0.00 |

Sheet no. __53__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                              ,        Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**OLESON SAW TECHNOLOGY**<br>**295 EMIG RD**<br>**YORK, PA 17406** | - | | | | | | 6,112.16 |
| Account No.<br><br>**OSTWALT MACHINE CO., INC**<br>**140 APPLEHILL ROAD**<br>**TROUTMAN, NC 28166** | - | | | | | | 0.00 |
| Account No.<br><br>**P'O'M Recoveries, Inc.**<br>**PO Box 602**<br>**Lindenhurst, NY 11757** | - | | | | | | 25,428.49 |
| Account No.<br><br>**PAGE'S SEPTIC TANK SERVICE**<br>**146 PINE RIDGE RD.**<br>**MOCKSVILLE, NC 27028** | - | | | | | | 0.00 |
| Account No.<br><br>**PATTON'S INC.**<br>**3201 SOUTH BLVD**<br>**CHARLOTTE, NC 28209** | - | | | | | | 0.00 |

Sheet no. __54__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,540.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,      Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **PEERLESS SAW COMPANY** **4353 DIIRECTORS BLVD.** **GROVEPORT, OH 43125** | - | | | | | | | **3,373.18** |
| Account No. | | | | | | | | |
| **PENNELL'S PLUMBING SERVICE** **267 DOWELL RD.** **OLIN, NC 28660** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **PIEDMONT AUTO ELECTRIC SERVICE INC.** **121 S OAKLAND AVE.** **STATESVILLE, NC 28677** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **PIEDMONT FASTENERS** **812 S MAIN STREET** **TROUTMAN, NC 28166** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **PIEDMONT HEALTHCARE URGENT CARE** **PO BOX 63282** **CHARLOTTE, NC 28263-3182** | - | | | | | | | **0.00** |

Sheet no. __**55**__ of __**83**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **3,373.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| PIEDMONT PLASTICS 2606 PHOENIX DR STE. 804 GREENSBORO, NC 27406 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PIEDMONT SERVICES LAWNCARE PO BOX 103 UNION GROVE, NC 28689 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| PNC Bank (Lease) 995 Dalton Avenue Cincinnati, OH 45203 | - | | | | | | | 1,600.00 |
| Account No. | | | | | | | | |
| PNC EQUIPMENT FINANCE ATTN: BILL MOBLEY 995 DALTON AVE. B2-YB71-04-1 CINCINNATI, OH 45203 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| POLYTECH FILTRATION SYSTEMS, INC. 100 FOREST AVENUE HUDSON, MA 01749-2826 | - | | | | | | | 0.00 |

Sheet no. __56__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,600.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **POPULAR MACHINERY & TOOLS, INC.** PO BOX 841913 DALLAS, TX 75284 | - | | | | | | 28,315.68 |
| Account No. | | | | | | | |
| **POWER TRANSMISSION SERVICE** 2100 W FRONT STREET STATESVILLE, NC 28677 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **PREFERRED GRAPHICS** PO BOX 225 GIBSONVILLE, NC 27249 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **PRETINNED CARBIDE COMPANY** 251 G COMMERCE BLVD. STATESVILLE, NC 28625 | - | | | | | | 20,605.91 |
| Account No. | | | | | | | |
| **PRIMECHOICE PACKAGING, INC** PO BOX 996 CONOVER, NC 28613 | - | | | | | | 0.00 |

Sheet no. __57__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,921.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                              ,        Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **PRINCIPAL FINANCIAL GROUP (401K)** **PO BOX 2000** **MASON CITY, IA 50402-2000** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **PROGRESSIVE BUSINESS PUBLICATIONS** **370 TECHNOLOGY DRIVE** **P O BOX 3019** **MALVERN, PA 19355** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **PUBLIC RELATIONS INSTITUTE** **PO BOX 890287** **CHARLOTTE, NC 28289-0287** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **QUALITY LOCK & KEY** **119 ROBIN LAKE DR** **DUDLEY, NC 28333** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **QUILL CORPORATION** **PO BOX 37600** **PHILADELPHIA, PA 19101-0600** | | | | | | | | **0.00** |

Sheet no. __58__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **RALEIGH-DURHAM & GASKET CO., INC.** **5836 LEASE LANE** **RALEIGH, NC 27617** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **RAPCO INDUSTRIES, INC.** **6000 NE 88TH STREET SUITE D104** **VANCOUVER, WA 98665-0958** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **RAYCO SAFETY, INC** **375 WEST MAPLE STREET** **YADKINVILLE, NC 27055** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **REID SUPPLY COMPANY** **2265 BLACK CREEK ROAD** **MUSKEGON, MI 49444** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **RENEGAR EQUIPMENT CO.** **694 E. HOUSTONVILLE RD.** **HARMONY, NC 28634** | - | | | | | | 0.00 |

Sheet no. __59__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____ ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| REPUBLIC SERVICES P O BOX 9001099 LOUISVILLE, KY 402901-109 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| RICHARD JAMES & ASSOCIATES INC. 4317 NE THURSTON WAY STE. 270 VANCOUVER, WA 98662 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| RICK COODY 916 OLIN LOOP OLIN, NC 28660 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| RIVERSIDE TOOL CORP. P.O. BOX 1425 3504 HENKE ST ELKHART, IN 43515 | - | | | | | | 4,000.00 |
| Account No. | | | | | | | |
| ROCHESTER ABRASIVES INDUSTRIES 65 PIXLEY INDUSTRIAL PARKWAY ROCHESTER, NY 14624 | - | | | | | | 0.00 |

Sheet no. __60__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              4,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Union Grove Saw & Knife, Inc.**_____,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ROGERS & BROWN**<br>**101 TRADE ZONE DRIVE, SUITE 9A**<br>**WEST COLUMBIA, SC 29170-3900** | - | | | | | | 983.83 |
| Account No.<br><br>**ROSE METAL INDUSTRIES**<br>**1536 EAST 43RD STREET**<br>**CLEVELAND, OH 44103** | - | | | | | | 0.00 |
| Account No.<br><br>**ROY DEATON**<br>**697 JERICHO RD**<br>**HARMONY, NC 28634-9462** | - | | | | | | 0.00 |
| Account No.<br><br>**ROYCE-AYR CUTTING TOOLS**<br>**405 SHELDON DRIVE**<br>**CAMBRIDGE, ONTARIO N1T 2B7** | - | | | | | | 1,350.00 |
| Account No.<br><br>**RUSH MACHINERY**<br>**4761 ROUTE 364**<br>**RUSHVILLE, NY 14544-9721** | - | | | | | | 0.00 |

Sheet no. __61__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,333.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**SABER DIAMOND TOOLS, INC**<br>**101 SABER PARKWAY**<br>**VILLA RICA, GA 30180** | - | | | | | | | **0.00** |
| Account No.<br><br>**SANDHILL GAS & SUPPLY, LTD.**<br>**PO BOX 937**<br>**DUDLEY, NC 28333-0937** | - | | | | | | | **0.00** |
| Account No.<br><br>**SAWCORE, INC.**<br>**2927 ASBURY RD**<br>**KNOXVILLE, TN 37914** | - | | | | | | | **0.00** |
| Account No.<br><br>**SAWMILL OPERATION SOLUTIONS, LLC**<br>**99 GLASGOW TRAIL**<br>**BLACK MOUNTAIN, NC 28711** | - | | | | | | | **0.00** |
| Account No.<br><br>**SC TOOLS**<br>**1920 OPDYKE CT. SUITE 200**<br>**AUBURN HILLS, MI 48326** | - | | | | | | | **0.00** |

Sheet no. __62__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SCHAUBLIN USA, INC. (RBC BEARINGS) 9211 PAYSPHERE CIRCLE CHICAGO, IL 60674** | - | | | | | | 399.00 |
| Account No. | | | | | | | |
| **SCHNEEBERGER 1380 GATEWAY DR. SUITE 8 ELGIN, IL 60124-7891** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Securities and Exchange Commission Office of Reorganization 950 East Paces Ferry Road Suite 900 Atlanta, GA 30326** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SERVO SOUTH, INC. 515 PLATO LEE RD. SHELBY, NC 28150** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SHELL FLEET (OLD TEXACO) PO BOX 689010 DES MOINES, IA 50368-9010** | - | | | | | | 13,117.62 |

Sheet no. __63__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                13,516.62

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SILVEY CHAINGRINDER CO** <br> **4007 CRATER LAKE HWY** <br> **MEDFORD, OR 97504** | - | | | | | | 0.00 |
| Account No. <br><br> **SIMONDS INTERNATIONAL** <br> **PO BOX 300783** <br> **CHICAGO, IL 60630** | - | | | | | | 0.00 |
| Account No. <br><br> **SIR SPEEDY PRINTING** <br> **313 B SOUTH CENTER STREET** <br> **STATESVILLE, NC 28677** | - | | | | | | 0.00 |
| Account No. <br><br> **SKARPAZ TOOLING SYSTEMS** <br> **200 Valley Drive #34** <br> **Brisbane, CA 94005** | - | | | | | | 1,008.82 |
| Account No. <br><br> **SMITH & ASSOCIATES MARKETING, INC.** <br> **PO BOX D** <br> **ROANOKE RAPIDS, NC 27870** | - | | | | | | 17,336.12 |

Sheet no. __64__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal |
|---|---|
| (Total of this page) | 18,344.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SMITH EQUIPMENT SOLUTIONS 1200 KIRKLAND RD SUITE 101 RALEIGH, NC 27603 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SMITH STOKES CHEVROLET BUICK GMC 2009 BARNES STREET REIDSVILLE, NC 27320 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SOMERS LUMBER & MANUFACTURING PO Box 87 Union Grove, NC 28689 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SOUTHEAST TOOL, INC. PO BOX 1597 101 GE PLANT RD. SW CONOVER, NC 28613 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| SOUTHEASTERN FREIGHT LINES PO BOX 100104 COLUMBIA, SC 29202-3104 | - | | | | | | | 1,896.46 |

Sheet no. __65__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,896.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____ ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SOUTHERN BANDSAW CO., INC.** <br> **1309 THORTON STREET** <br> **GREENVILLE, MS 38703** | - | | | | | | 0.00 |
| Account No. <br><br> **SOUTHERN COMMUNITY BANK** <br> **PO BOX 26423** <br> **WINSTON SALEM, NC 27114-6423** | - | | | | | | 0.00 |
| Account No. <br><br> **SOUTHERN FARM SUPPLY, INC.** <br> **PO BOX 128** <br> **UNION GROVE, NC 28689** | - | | | | | | 0.00 |
| Account No. <br><br> **SOUTHERN OPTICAL COMPANY** <br> **PO BOX 815519** <br> **DALLAS, TX 75381-5519** | - | | | | | | 0.00 |
| Account No. <br><br> **SOUTHERN STATES** <br> **PO BOX 128** <br> **UNION GROVE, NC 28689** | - | | | | | | 0.00 |

Sheet no. __66__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SOUTHERN TIRE SALES** **615 CHAPEL HILL RD.** **BURLINGTON, NC 27215** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SPECIALTY CARBIDE PRODUCTS LLC** **1330 EDDOWES ROAD #2** **WARMINISTER, PA 18974** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SPILMAN THOMAS & BATTLE, PLLC** **PO BOX 273** **CHARLESTON, WV 25321-0273** | - | | | | | | 925.18 |
| Account No. | | | | | | | |
| **SPRINT** **PO BOX 4181** **CAROL STREAM, IL 60197-4181** | - | | | | | | 1,605.21 |
| Account No. | | | | | | | |
| **STAT INC.** **PO BOX 1443** **LENOIR, NC 28645** | - | | | | | | 675.00 |

Sheet no. __67__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,205.39

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **STATESVILLE COLLISION PO BOX 511 STATESVILLE, NC 28687** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **STATESVILLE TRANSMISSION SERVICE INC. 221 SOUTH OAKLAND AVE. STATESVILLE, NC 28677** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **STERLING CREDIT SERVICES 1111 N WESTSHORE BLVD. SUITE 500 TAMPA, FL 33607** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SUPERIOR SERVICE & SUPPLY CO P O BOX 5753 C ONCORD, NC 28027** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **SURFACE ENGINEERING & ALLOY CO. 2895 46TH AVENUE NORTH ST PETERSBURG, FL 33714** | - | | | | | | 0.00 |

Sheet no. __68__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __**Union Grove Saw & Knife, Inc.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SURRY ELECTRIC MOTOR & CONTROLS** <br> **PO BOX 446** <br> **MOUNT AIRY, NC 27030** | | - | | | | | 1,382.13 |
| Account No. <br><br> **T & T TOWING** <br> **PO BOX 5175** <br> **STATESVILLE, NC 28687** | | - | | | | | 0.00 |
| Account No. <br><br> **TAPE PRODUCTS** <br> **11630 DEERFIELD ROAD** <br> **CINCINNATI, OH 45242-1499** | | - | | | | | 0.00 |
| Account No. <br><br> **TCF EQUIPMENT FINANCE** <br> **15933 CLAYTON RD, SUITE 200** <br> **BALLWIN, MO 63011** | X | - | | | | | 0.00 |
| Account No. <br><br> **TCF EQUIPMENT FINANCE** <br> **PO BOX 4130** <br> **HOPKINS, MN 55343-0498** | X | - | | | | | 0.00 |

Sheet no. __**69**__ of __**83**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,382.13

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **TCF EQUIPMENT FINANCE 1922 SOLUTIONS CENTER LOCKBOX #771922 CHICAGO, IL 60677-1009** | X - | | | | | | | 93,429.59 |
| Account No. | | | | | | | | |
| **TCP LEASING, INC. SUITE 102 8364 SIX FORKS RD. RALEIGH, NC 27615** | - | | | | | | | 2,831.11 |
| Account No. | | | | | | | | |
| **TECHMET CARBIDES, INC. 730 21ST ST DRIVE SE HICKORY, NC 28602** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **TECHNIKS, INC. 9930 E 56TH STREET INDIANAPOLIS, IN 46236** | - | | | | | | | 315.11 |
| Account No. | | | | | | | | |
| **TENRYU 3601 HARGRAVE DRIVE HEBRON, KY 41048** | - | | | | | | | 0.00 |

Sheet no. __70__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,575.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| THE BLADE MANUFACTURING CO. PO BOX 12217 COLUMBUS, OH 43212 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| THE KNIFE SOURCE, LLC PO BOX 1366 FOUNTAIN INN, SC 29644 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| TIGRA USA INC PO BOX 9197 HICKORY, NC 28603-9197 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| TILLEY PEST SERVICE 1608 S. CHIPLEY FORD RD. STATESVILLE, NC 28625 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| TIM RIEF & ASSOCIATES, INC 26931 CROWN VALLEY PKWY #230 MISSION VIEJPO, CA 92961 | - | | | | | | 0.00 |

Sheet no. __71__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TKM UNITED STATES, INC.** <br> **PO BOX 75015** <br> **CINCINNATI, OH 45275** | - | | | | | | 1,210.69 |
| Account No. <br><br> **TMS TRADING** <br> **157 SAWTOOTH LANE** <br> **UNION GROVE, NC 28689** | - | | | | | | 4,685.52 |
| Account No. <br><br> **TOAD'S WRECKER SERVICE** <br> **2184 MULBERRY RD** <br> **N. WILKESBORO, NC 28659** | - | | | | | | 0.00 |
| Account No. <br><br> **TOOL DESK** <br> **40423 COUNTY HWY. 1** <br> **RICHVILLE, MN 56576** | - | | | | | | 0.00 |
| Account No. <br><br> **TRACTORJOE.COM** <br> **1056 WILLOWBROOK DR., UNIT 2 ST.** <br> **LOUIS, MO** | - | | | | | | 0.00 |

Sheet no. __72__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,896.21

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** ,                   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**TRAILERS OF THE EAST COAST** <br>**418 INTERSTATE DRIVE** <br>**MOCKSVILLE, NC 27028** | - | | | | | | 0.00 |
| Account No. <br><br>**TRANSOR FILTER SYSTEM** <br>**1265 OAKTON ST.** <br>**ELK GROVE VILLAGE, IL 60007** | - | | | | | | 0.00 |
| Account No. <br><br>**TRI POWER** <br>**362 MILLING RD** <br>**STATESVILLE, NC 27028** | - | | | | | | 0.00 |
| Account No. <br><br>**TRIAD CUTTING TOOLS, INC.** <br>**PO BOX 60** <br>**SEAGROVE, NC 27341** | - | | | | | | 3,236.26 |
| Account No. <br><br>**TRISTATE YOUTH RODEO** <br>**154 CANINE TRAIL** <br>**MOUNT AIRY, NC 27017** | - | | | | | | 0.00 |

Sheet no. __73__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   3,236.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **TRU-CUT, INC.** **231 JANDUS RD** **CARY, IL 60013** | - | | | | | | | 157.44 |
| Account No. | | | | | | | | |
| **TURLINGTON AND COMPANY, L.L.P.** **PO BOX 1697** **509 E. CENTER ST.** **LEXINGTON, NC 27293-1697** | - | | | | | | | 463.31 |
| Account No. | | | | | | | | |
| **TURNER OIL (FUELEX FASTWAY)** **608 W MAIN ST** **WILKESBORO, NC 28697** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ULINE** **ATTN: ACCOUNTS RECEIVABLE** **2200 S LAKESIDE DRIVE** **WAUKEGAN, IL 60085** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **UMICORE TECHNICAL MATERIALS** **9 PRUYN'S ISLAND** **GLEN FALLS, NY 12801** | - | | | | | | | 0.00 |

Sheet no. __74__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

620.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **UNION GROVE HARDWARE PO Box 160 UNION GROVE, NC 28689** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **UNION GROVE LUMBER, INC. PO BOX 890427 CHARLOTTE, NC 28289-0427** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **UNION GROVE POWER EQUIPMENT 1676 W MEMORIAL HWY UNION GROVE, NC 28689** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **UNION GROVE TIRE & AUTO 1478 W. MEMORIAL HWY. HARMONY, NC 28634** | - | | | | | | | 1,349.62 |
| Account No. | | | | | | | | |
| **UNITED HEALTHCARE ATTN:MELISSA KLING 4010 OLEANDER DRIVE SUITE#11 WILMINGTON, NC 28403** | - | | | | | | | 0.00 |

Sheet no. __75__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,349.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Union Grove Saw & Knife, Inc.**                            ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UNITED MACHINE & METAL** <br> **PO BOX 1234** <br> **CONOVER, NC 28613** | - | | | | | | 0.00 |
| Account No. <br><br> **UNIVERSAL BLACK OXIDE, INC.** <br> **PO BOX 2041** <br> **GASTONIA, NC 28053** | - | | | | | | 65.44 |
| Account No. <br><br> **UNIVERSAL WEARPARTS, INC.** <br> **142 OLD HWY. 98** <br> **WEST TYLERTOWN, MS 39667** | - | | | | | | 1,189.55 |
| Account No. <br><br> **US DIAMOND WHEEL CO.** <br> **PO BOX 503942** <br> **ST LOUIS, MO 63150-3942** | - | | | | | | 0.00 |
| Account No. <br><br> **VERIZON WIRELESS** <br> **PO BOX 660108** <br> **DALLAS, TX 75266-0108** | - | | | | | | 105.96 |

Sheet no. __76__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,360.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| VIRGINIA DEPARTMENT OF TAXATION PO BOX 1777 RICHMOND, VA 23218-1777 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| VIRGINIA FOREST PRODUCTS ASSOCIATION PO BOX 160 SANDSTON, VA 23150-0160 | | | | | | | | 450.00 |
| Account No. | | - | | | | | | |
| VOLLMER OF AMERICA CORP. 105 BROADWAY AVENUE CARNEGIE, PA 15106 | | | | | | | | 2,513.39 |
| Account No. | | - | | | | | | |
| W SQUARED DIAMOND TOOL, LLC PO BOX 2069 142-B 11TH ST NW HICKORY, NC 28603 | | | | | | | | 1,134.00 |
| Account No. | | - | | | | | | |
| W.C.I. ONE TOWN SQUARE SUITE 100 ASHEVILLE, NC 28803 | | | | | | | | 0.00 |

Sheet no. __77__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,097.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| W.L. FULLER PO BOX 8767 7 CYPRESS STREET WARWICK, RI 02888 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| WATT PUBLISHING CO. PO BOX 17126 ROCKFORD, IL 61110-7126 | | - | | | | | 3,750.00 |
| Account No. | | | | | | | |
| WAYNE COUNTY TAX COLLECTOR PO BOX 580478 CHARLOTTE, NC 28258-0478 | | - | | | | | 1,448.15 |
| Account No. | | | | | | | |
| WAYNE ELECTRIC CO., INC. 106 N CAROLINA STREET GOLDSBORO, NC 27530 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| WELLS FARGO EQUIPMENT FIN. (VOLLMER) NW-8178 PO BOX 1450 MINNEAPOLIS, MN 55485-8178 | X | - | | | | | 87,620.84 |

Sheet no. __78__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    92,818.99

B6F (Official Form 6F) (12/07) - Cont.

In re **Union Grove Saw & Knife, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **WELLS FARGO FINANCIAL PO BOX 6434 CAROL STREAM, IL 60197-6434** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **WEST VIRGINIA DEPARTMENT OF REVENUE 1206 Quarrier Street Charleston, WV 25301** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **WEST VIRGINIA SECRETARY OF STATE OFFICE PO BOX 40300 CHARLESTON, WV 25364** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **WHITESIDE MACH & REPAIR 4506 SHOOK RD CLAREMONT, NC 28610-8612** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **WILBURN CAUDLE 1748 TEMPLETON ROAD HAMPTONVILLE, NC 27020** | - | | | | | | 0.00 |

Sheet no. __79__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Union Grove Saw & Knife, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| WILLIAM YOUNG 113 GRASSWOOD RD LA GRANGE, NC 28551 | | - | | | | | | 135.96 |
| Account No. | | | | | | | | |
| WILLIAMS & WHITE MACHINE INC 6307 LAUREL STREET BURNABY, BC CANADA V5B 3B3 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| WILSON TRUCKING CORP PO BOX 200 FISHERVILLE, VA 22939-0200 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| WISCONSIN KNIFE WORKS, INC. c/o GATEWAY COMMUNITY BANK PO BOX 473 BELOIT, WI 53512 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| WMS TRADING PO BOX 618 BRATTLEBORO, VT 05301 | | - | | | | | | 2,170.45 |

Sheet no. __80__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           2,306.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** ,                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WOLVERINE TECHNOLOGIES 235 KILVERT ST WARWIK, RI 02886** | - | | | | | | | 0.00 |
| Account No. **WOOD TECH ENTERPRISES, INC. PO BOX 2226 15-19 KHRISTY SCOTT LANE FAIRVIEW, NC 28730** | - | | | | | | | 0.00 |
| Account No. **WRIGHT EXPRESS FLEET SERVICES PO BOX 6293 CAROL STREAM, IL 60197-6293** | - | | | | | | | 0.00 |
| Account No. **WRIGHT MACHINE TOOL 365 PALMER AVE. COTTAGE GROVE, OR 97424-9518** | - | | | | | | | 0.00 |
| Account No. **YADKIN COUNTY TAX COLLECTOR PO BOX 1669 YADKINVILLE, NC 27055** | - | | | | | | | 0.00 |

Sheet no. __81__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| YADKIN VALLEY TELEPHONE PO Box 580025 Charlotte, NC 28258-0025 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| YAMANI & CO., LTD.* TAKASAGO BUILDING 2-13-20, KAMI-OSAKI SHINAGAWA-KU TOKYO, JAPAN 141-0021 | - | | | | | | | 28.10 |
| Account No. | | | | | | | | |
| YATES AMERICAN MACHINE CO. INC 1026 ROCKOW RD. RANDLEMAN, NC 27317 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| YORK SAW & KNIFE 295 EMIG RD YORK, PA 17406 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| ZACHARY LAW OFFICES PO BOX 1780 YADKINVILLE, NC 27055 | - | | | | | | | 0.00 |

Sheet no. __82__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                28.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Union Grove Saw & Knife, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **ZEP SALES & SERVICE PO BOX 404628 ATLANTA, GA 30384-4628** | | - | | | | | | 414.18 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __83__ of __83__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **414.18**

Total
(Report on Summary of Schedules)     **768,239.06**

B6G (Official Form 6G) (12/07)

.

In re    **Union Grove Saw & Knife, Inc.**                                        ,    Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ed Bissell**<br>**157 Sawtooth Lane**<br>**Union Grove, NC 28689** | **Commercial Real Estate Lease** |
| **Ed Bissell (Ally Bank)**<br>**157 Sawtooth Ln**<br>**Union Grove, NC 28689** | **Vehicle Lease** |
| **George C Jeffreys**<br>**401 Jeffreys Lane**<br>**Goldsboro, NC 27530** | **Real Property and Equipment Lease** |
| **PNC**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | **Equipment Lease - Schneeberger Norma CNC** |
| **Union Grove Saw & Knife, Inc.**<br>**157 Sawtooth Lane**<br>**Union Grove, NC 28689** | **Bylaws** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Union Grove Saw & Knife, Inc.**                                        ,        Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edward A. Bissell**<br>**2554 Bagger Lane**<br>**Hamptonville, NC 27020** | **Capital Bank**<br>**PO Box 1120**<br>**Greeneville, TN 37744** |
| **Edward A. Bissell**<br>**2554 Bagger Lane**<br>**Hamptonville, NC 27020** | **TCF EQUIPMENT FINANCE**<br>**15933 CLAYTON RD, SUITE 200**<br>**BALLWIN, MO 63011** |
| **Edward A. Bissell**<br>**2554 Bagger Lane**<br>**Hamptonville, NC 27020** | **TCF EQUIPMENT FINANCE**<br>**PO BOX 4130**<br>**HOPKINS, MN 55343-0498** |
| **Edward A. Bissell**<br>**2554 Bagger Lane**<br>**Hamptonville, NC 27020** | **TCF EQUIPMENT FINANCE**<br>**1922 SOLUTIONS CENTER**<br>**LOCKBOX #771922**<br>**CHICAGO, IL 60677-1009** |
| **Edward A. Bissell**<br>**2554 Bagger Lane**<br>**Hamptonville, NC 27020** | **WELLS FARGO EQUIPMENT FIN. (VOLLMER)**<br>**NW-8178 PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-8178** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Union Grove Saw & Knife, Inc.**             Case No. _____

                                                   Debtor(s)          Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **116**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 27, 2014** _____         Signature    **/s/ Edward A. Bissell**_____

                                                             **Edward A. Bissell**
                                                             **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Union Grove Saw & Knife, Inc.**                         Case No.
                                      Debtor(s)          Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,135,979.00** | **2013 Tax Return (Gross)** |
| **$2,231,181.00** | **2012 Tax Return (Gross)** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

---

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None  *Complete a. or b., as appropriate, and c.*
■

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None      b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
□  immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Grasche USA, Inc.**<br>**240 Performance Drive, SE**<br>**Hickory, NC 28602** | **6/2/14, 6/25/2014, 7/11/2014,**<br>**7/15/2014, 7/17/2014,**<br>**7/25/2014, 7/28/2014,**<br>**8/11/2014, 8/19/2014** | **$14,222.30** | **$4,804.54** |
| **Fuelman**<br>**PO BOX 105080**<br>**Atlanta, GA 30348** | **6/2/2014, 6/9/2014,**<br>**6/16/2014, 6/23/2014,**<br>**6/30/2014, 7/7/2014,**<br>**7/14/2014, 7/21/2014,**<br>**7/28/2014, 8/4/2014,**<br>**8/11/2014, 8/18/2014,** | **$19,111.04** | **$0.00** |
| **Duke Energy**<br>**PO BOX 70516**<br>**Charlotte, NC 28272** | **6/12/2014, 7/14/2014,**<br>**7/22/2014** | **$9,549.06** | **$0.00** |
| **PNC Bank (Lease)**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | **6/10/2014, 7/9/2014** | **$9,350.62** | **$1,600.00** |
| **Erie Insurance**<br>**100 ERIE INS. PLACE**<br>**Erie, PA 16530** | **6/23/2014, 7/16/2014,**<br>**8/11/2014** | **$13,691.88** | **$4,563.94** |
| **Tigra**<br>**PO BOX 9197**<br>**Hickory, NC 28603** | **6/24/2014, 6/26/2014,**<br>**7/1/2014, 7/2/2014,**<br>**7/9/2014,7/11/2014,**<br>**7/15/2014, 7/17/2014,**<br>**7/21/2014, 7/24/2014,**<br>**7/28/2014, 7/29/2014,**<br>**7/31/2014, 8/4/2014,**<br>**8/6/2014, 8/12/2014,**<br>**8/12/2014, 8/19/2014** | **$24,049.54** | **$0.00** |
| **Iredell Co. Tax Collector**<br>**PO BOX 1027**<br>**Statesville, NC 28687** | **6/12/2014, 7/16/2014,**<br>**8/4/2014** | **$10,231.19** | **$0.00** |

    [*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None

■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **In the Matter of the Foreclosure of the Deed of Trust of: Edward A. Bissell and Shelba W. Bissell, Grantor, to SCBT, Inc., Trustee, As recorded in Book 1768, Page 1005 of the Iredell County Public Registry** | **Foreclosure** | **Iredell County Superior Court** | **Pending** |
| **Case No. 14-SP-361** | | | |
| **Benjamin Williams and WMS Trading v. Union Grove Saw and Knife 14-CVM-1261** | **Small Claims** | **Iredell County District Court** | **Pending** |

None

■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.  Repossessions, foreclosures and returns**

None

■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None

■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None

■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
4

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Hamilton Stephens Steele + Martin, PLLC 201 S College St Ste. 2020 Charlotte, NC 28244** | **4/9/2014, 7/21/2014, 8/22/2014, 8/26/2014** | **$9886.50** |

---

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Capital Bank**<br>**PO Box 1120**<br>**Greeneville, TN 37744** | **Checking Account xxx1441** | **07/08/2014**<br>**$0.00** |

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Capital Bank**<br>**PO Box 1120**<br>**Greeneville, TN 37744** | **Edward A. Bissell**<br>**157 Sawtooth Lane**<br>**Union Grove, NC 28689** | **Nothing** | **07/08/2014** |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **FL Turlington**<br>**229 E Railroad St**<br>**Clinton, NC 28328** | **Simonds Auto Leveler - $70,000**<br>**2 No. 4 Armstrong Grinders - $13,000** | **157 Sawtooth Ln, Union Grove, NC** |
| **TMS Trading**<br>**157 Sawtooth Ln**<br>**Union Grove, NC 28689** | **See attached "TMS Trading" list - $32,000** | **157 Sawtooth Ln, Union Grove, NC 28689** |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| **Moose, Martin, Haynes & Lundy, PA**<br>**PO Box 1308**<br>**Statesville, NC 28687** | **June 2014** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Yadkin Bank**<br>**104 Progress Lane**<br>**Yadkinville, NC 27055** | **May 2014** |
| **BB&T**<br>**621 Sullivan Road**<br>**Statesville, NC 28677** | **May 2014** |
| **First Bank**<br>**3364 Harmony Hwy**<br>**Harmony, NC 28634** | **May 2014** |
| **Bill Law, Sunbelt Business Brokers**<br>**19520 West Catawba Avenue**<br>**Suite 111-A**<br>**Cornelius, NC 28031** | **August 2013** |

B7 (Official Form 7) (04/13)
8

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Edward A. Bissell**<br>**2554 Bagger Lane**<br>**Hamptonville, NC 27020** | **President** | **100%** |
| **Barry J. Williams** | **Treasurer** | |

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■    group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Principal 401K** | **56-1724362** |

\* \* \* \* \* \*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __**August 27, 2014**_____          Signature  __**/s/ Edward A. Bissell**_____

**Edward A. Bissell**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# TMS TRADING INC.

157 Sawtooth Lane  P.O. Box 160        Union Grove, NC 28689
Tel: 704-539-4117 Fax: 704-539-5399        Cell: 704-902-9688
Contact: Lamarr King, National Sales Manager
E-mail: LAMARR.TMSTRADING@OUTLOOK.COM

## Finished Band Blade Inventory as of 8-20-2014

Select Saw 6 in. Double-Cut x18 ga. x 21 ft. 3 in. x 1¾ TS Swage Tooth MS31004-2013 CTN 4 qty. (2)+(1) to ship out

Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Swage Tooth MS31048-2013 CTN 9 qty. (5)
Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Swage Tooth MS31048-2013 CTN12 qty. (5)
Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Swage Tooth MS31048-2013 CTN10 qty. (5)
Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Swage Tooth MS31048-2013 CTN13 qty. (2)

Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Sellite-Tipped MS31048-2013 CTN 4 qty. (5)
Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Sellite-Tipped MS31048-2013 CTN 3 qty. (5)
Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Sellite-Tipped MS31048-2013 CTN 7 qty. (5)
Heartwood Saw 6 in. Double-Cut x 19 ga. x 19 ft. 4¾ in. x 1¾TS  Sellite-Tipped MS31048-2013 CTN 6 qty. (5)

Boone Lumber 7 in. Single-Cut x 17ga. x 26 ft. 0 in. 1¾ TS Stellite-Tipped TMS Invoice #536559 CTN ? qty. (2)

Pruitt Lumber 7 in. Single-Cut x 17ga. x 28 ft. 11¾ in. x 1¾ TS Swage Tooth TMS Invoice #536567 CTN ? qty. (2)

Collins Hardwood 4 in. Single-Cut x 18 ga. x 20 ft. 4¾ in. x 1¾ TS Stellite-Tipped MS31166-2014 CTN 1 qty. (5)
Collins Hardwood 4 in. Single-Cut x 18 ga. x 20 ft. 4¾ in. x 1¾ TS Stellite-Tipped MS31166-2014 CTN 2 qty. (5)
Collins Hardwood 4 in. Single-Cut x 18 ga. x 20 ft. 4¾ in. x 1¾ TS Stellite-Tipped MS31166-2014 CTN 3 qty. (5)
Collins Hardwood 4 in. Single-Cut x 18 ga. x 20 ft. 4¾ in. x 1¾ TS Stellite-Tipped SA0610-2014 CTN 2 qty. (5)
Collins Hardwood 4 in. Single-Cut x 18 ga. x 20 ft. 4¾ in. x 1¾ TS Stellite-Tipped SA0610-2014 CTN 1 qty. (5)

Heartwood Pine Flrs. 4 in. Single-Cut x 19 ga. x 20 ft. 10¼ in. x 1½ TS Stellite-Tipped MS31165-2014 CTN 2 qty. (5)
Heartwood Pine Flrs. 4 in. Single-Cut x 19 ga. x 20 ft. 10¼ in. x 1½ TS Stellite-Tipped MS31165-2014 CTN 8 qty. (5)
Heartwood Pine Flrs. 4 in. Single-Cut x 19 ga. x 20 ft. 10¼ in. x 1½ TS Stellite-Tipped MS31165-2014 CTN 7 qty. (5)

Myers Forest Products 4 in. Single-Cut x 18 ga. x 20 ft. 10 in. x 1½ TS Swage Tooth CTN 1 qty. (5)
Myers Forest Products 4 in. Single-Cut x 18 ga. x 20 ft. 10 in. x 1½ TS Swage Tooth CTN 2 qty. (5)

Frye Lumber 5 in. Single-Cut x 18 ga. x 21 ft. 8 in. x 1¾ TS x 1¾ TS Swage Tooth Box shows qty. (1)
Frye Lumber 5 in. Single-Cut x 18 ga. x 21 ft. 8 in. x 1¾ TS x 1¾ TS Swage Tooth Box shows (2) CTN says qty. (5)
Frye Lumber 5 in. Single-Cut x 18 ga. x 21 ft. 8 in. x 1¾ TS x 1¾ TS Swage Tooth Box shows (2) CTN says qty. (5)

Heartwood Saw 6 in. Double-Cut 18 ga. x 19 ft. 4¾ in. x 1¾ TS Stellite-Tipped Box shows qty. (5)
Heartwood Saw 6 in. Double-Cut 18 ga. x 19 ft. 4¾ in. x 1¾ TS Stellite-Tipped Box shows qty. (5)
Heartwood Saw 6 in. Double-Cut 18 ga. x 19 ft. 4¾ in. x 1¾ TS Stellite-Tipped Box shows qty. (5)
Heartwood Saw 6 in. Double-Cut 18 ga. x 19 ft. 4¾ in. x 1¾ TS Stellite-Tipped Box shows qty. (5)

Universal Forest Products 4 in. Single-Cut x 19 ga. x 17 ft. 8 in. x 1½ TS Swage Tooth  CTN 8 Shows qty. (7)
Universal Forest Products 4 in. Single-Cut x 19 ga. x 17 ft. 8 in. x 1½ TS Swage Tooth  CTN 9 Shows qty. (7)
Universal Forest Products 4 in. Single-Cut x 19 ga. x 17 ft. 8 in. x 1½ TS Swage Tooth CTN 11 Shows qty. (7)
Universal Forest Products 4 in. Single-Cut x 19 ga. x 17 ft. 8 in. x 1½ TS Swage Tooth CTN 10 Shows qty. (7)

Yamani Resaw 4 in. Single-Cut x 19 ga. x 19 ft. 6 in. x 1½ TS Box says (2)
Yamani Resaw 4 in. Single-Cut x 19 ga. x 17 ft. 8 in. x 1½ TS Box says (5) ? Believe box should be Universal For.
(1) 4 in. Single-Cut x 1½ TS Demonstrator Stellite-Tipped Band w/ Edge Guard of unknown length & ga. in TMS office.

# TMS TRADING INC.

157 Sawtooth Lane  P.O. Box 160        Union Grove, NC 28689
Tel: 704-539-4117  Fax: 704-539-5399        Cell: 704-902-9688
Contact: Lamarr King, National Sales Manager
E-mail: LAMARR.TMSTRADING@OUTLOOK.COM

## Band Saw Coil Stock Inventory as of 8-20-2014

8 in. Single-Cut x 17 ga. x 1¾ TS (1) Partial Coil

6 in. Double-Cut x 18 ga. x 1¾ TS (1) Full Coil
6 in. Double-Cut x 18 ga. x 1¾ TS (5) single stretches of un-welded lengths
6 in. Double-Cut x unknown ga. x 1¾ TS w/ Edge Guard & approximately 3 ft. long Demonstrator Sample

5 in. Single-Cut x 18 ga. x 1¾ TS (1) Partial Coil

4 in. Single-Cut x 19 ga. x 1½ TS (3) Full Coils + (1) Partial Coil

4 in. Single-Cut x 19 ga. x 1¾ TS (5) Full Coils + (2) Partial Coils
4 in. Single-Cut x 19 ga. x 1¾ TS (1) single stretch of un-welded length

3 in. Single-Cut x 18 ga. x 1¾ TS (1) Full Coil

3 in. Single-Cut x 19 ga. x 1¾ TS (1) Full Coil

***Note: I believe that some of the labeled coils of 4 in. Single-Cut x 19 ga. x 1¾ TS are 18 ga. x 1¾ TS***

(1) Unit of Yamani NS700RB Band Saw Blade Sharpener still in Crate with TMS TRADING INC. Edge Guard
TMS & Co. Invoice # 31165-2014 CTN 2

(1) Full Coil + (1) Partial Coil  of TMS TRADING INC. Edge Guard in TMS TRADING INC. office.

(1) HP Model p2-1343W Computer with w/ HP Model W2072a Monitor in TMS TRADING INC. office.

(1) Brother MFC Copier/Scanner/ Fax Machine in TMS TRADING INC. office.

(1) Meridian Telephone Black in in color in TMS TRADING INC. office.

(1) 7-Drawer Oak Desk Cherry in color in TMS TRADING INC. office.

(1) Beige colored 4 drawer file cabinet in TMS TRADING INC. office.

(1) Light Oak colored 5-shelf book case in TMS TRADING INC. office.

(1) Light Oak colored 9-slot file compartment in TMS TRADING INC. office.

# TMS TRADING INC.

157 Sawtooth Lane  P.O. Box 160        Union Grove, NC 28689
Tel: 704-539-4117 Fax: 704-539-5399        Cell: 704-902-9688
Contact:  Lamarr  King,  National  Sales  Manager
**E-mail: LAMARR.TMSTRADING@OUTLOOK.COM**

## Office Inventory as of 8-20-2014

(1) Green colored Card Table in TMS TRADING INC. office.

(1) HP Model M537 Photosmart digital camera in TMS TRADING INC. office.

(1) Black colored tape dispenser in TMS TRADING INC. office.

(1) Black colored vertical standing stapler in TMS TRADING INC. office.

(1) Black Compaq Laptop in Black Targus Zippered Cloth Case in TMS TRADING INC. office.

(1) Black Apple iPad with Black Belkin Case in TMS TRADING INC. office.

(1) Full Case of Staples Copy Paper Model 513096-BL in TMS TRADING INC. office.

(1) Black Vinyl Office Chair in TMS TRADING INC. office.

(1) Green Cloth Stackable Banquet Chair in TMS TRADING INC. office.

(1) Black High-Back Office President's Chair in TMS TRADING INC. office.

(1) Small Green two-legged table with inner wood colored top in TMS TRADING INC. office.

(1) Battery-Operated Clock Oak in color in TMS TRADING INC. office.

(2) Roll-O-Dexes Black in TMS TRADING INC. office.

(1) Hammer Blue Cobalt in TMS TRADING INC. office.

(1) Black Plastic Brief Case in TMS TRADING INC. office.

(1) Frigidaire Air Conditioner & (1) small square 2-speed fan, both are white in TMS TRADING INC. office.

(1) broom & (1) dust pan + (1) small whisk broom in TMS TRADING INC. office.

(1) Black Plastic Waste Can in TMS TRADING INC. office.

(1) Framed Picture of Grand-Kids burgundy in color in TMS TRADING INC. office.

(1) Oak Framed Picture of Roy Rogers & Trigger in TMS TRADING INC. office.

(1) Glass Vase with flowers in TMS TRADING INC. office.

(1) Box of approximately (10) lbs. of Stellite Rods in TMS TRADING INC. office.

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Union Grove Saw & Knife, Inc.**                              Case No. _____
                                                    Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **9,886.50** |
| Prior to the filing of this statement I have received | $ | **9,886.50** |
| Balance Due | $ | **0.00** |

2.  $ **1,717.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 27, 2014**                          **/s/ Glenn C. Thompson**
                                                        **Glenn C. Thompson**
                                                        **Hamilton Stephens Steele & Martin, PLLC**
                                                        **201 South College Street, Suite 2020**
                                                        **Charlotte, NC 28244**
                                                        **704-344-1117  Fax: 704-344-1483**

---

# United States Bankruptcy Court
### Western District of North Carolina

In re  **Union Grove Saw & Knife, Inc.** _____,      Case No. _____
                                                          Debtor

                                                          Chapter_____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **ED BISSELL**<br>**157 SAWTOOTH LANE**<br>**UNION GROVE, NC 28689** | | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**August 27, 2014**_____          Signature  **/s/ Edward A. Bissell**_____
                                                                    **Edward A. Bissell**
                                                                    **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Union Grove Saw & Knife, Inc.**                                            Case No.
                                                    Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 27, 2014**                   **/s/ Edward A. Bissell**
                                              **Edward A. Bissell**/President
                                              Signer/Title

A & E BARKER
1600 WASHASH AVE. SUITE A
FORT WAYNE, IN 46803


AAA COOPER TRANSPORTATION
PO BOX 102442
ATLANTA, GA 30368-2442


ABLE PRINTING COMPANY.
661-300 WILKESBORO STREET
MOCKSVILLE, NC 27028


ACTION DRIVES, INC.
PO BOX 1266
WINSTON SALEM, NC 27102


ACTION PRINTING, INC.
729 WEST MAIN STREET
YADKINVILLE, NC 27055


ADVANCE AUTO PARTS
164 TURNERSBURG HWY
STATESVILLE, NC 28625


ADVANCE MARKETING CONCEPTS
7 NORTH LAFAYETTE STREET
SUITE 8
SHELBY, NC 28150


ADVANCED COMPRESSOR TECHNOLOGY, LLC
PO BOX 610
PILOT MOUNTAIN, NC 27041


ADVANCED SUPERABRASIVES INC.
PO BOX 1390
1270 N. MAIN STREET
MARS HILL, NC 28754


ADVANCED TECHNOLOGIES INT. INC
105 FORESTDALE DRIVE
TAYLORS, SC 29687


AERO PLASTICS LTD-INC.
91 CITATION DRIVE UNIT 3
CONCORD, ON  L4K2Y8 CANADA

AFP INDUSTRIES, INC.
7341-E WEST FRIENDLY AVE.
GREENSBORO, NC 27410


AIR & HYDRAULIC SERVICE CO.
2200 SHELTON AVE.
STATESVILLE, NC 28677-2762


ALEXANDER DODDS CO
CO 3000 WALKENT DRIVE NW
GRAND RAPIDS, MI 49544-1453


ALLIANCE KNIFE INC.
PO BOX 729
HARRISON, OH 45030


ALLIED BEARINGS & SUPPLY
274 MONROE ST
STATESVILLE, NC 28677


ALLIED WASTE SERVICES
PO BOX 9001099
LOUISVILLE, KY 40290-1099


ALLY
PO BOX 9001948
LOUISVILLE, KY 40290-1948


ALPHA MACHINING & GRINDING INC
127 ADVANTAGE PLACE
STATESVILLE, NC 28677


AMANA TOOL
120 CAROLYN BLVD.
FARMINDALE, NY 11735


AMBASSADOR COMPANY
P.O. 890287
CHARLOTTE, NC 28289-0287


AMERICAN GENERAL
PO Box 0739
Carol Stream, IL 60132

AMERICAN HOFMANN
3700 COHAN PLACE
LYNCHBURG, VA 24501


AMERICAN NATIONAL KNIFE
PO BOX 3885
HICKORY, NC 28603


AMERICAN SHEAR KNIFE (ASKO)
PO BOX 355
HOMESTEAD, PA 15120


AMERISOURCE FUNDING, INC.
PO BOX 4738
HOUSTON, TX 77210-4738


ANDERSON TOOL & SAW GRINDING
904 20TH ST. NE
HICKORY, NC 28601


ANTHE MACHINE WORKS
PO BOX 1108
407 MADISON AVE.
COVINGTON, KY 41011


APPALACHIAN TIRE & AUTO
405 BLOWING ROCK BLVD NW
LENOIR, NC 28645


ASBILEK
GAZI BULVARI NO 12 34953
TUZLA - INSTANBUL - TURKEY


ASSOCIATED METAL WORKS, INC.
PO BOX 449
HARMONY, NC 28634


Asuncion M. Lopes
162 Trumpet Branch Rd.
Olin, NC 28660


AT&T
PO BOX 9001309
LOUISVILLE, KY 40290-1309

AUTO RESPONSE SYSTEMS
1461 EASTSHORE HWY
BERKELEY, CA 94710


AUTOMATIC LATHE CUTTERHEAD
PO BOX 1790
1012 W. MARKET CENTER DRIVE
HIGH POINT, NC 27261-1790


AUTOMATION DIRECT
3505 HUTCHINSON ROAD
CUMMING, GA 30040


AVERITT EXPRESS
PO BOX 102197
ATLANTA, GA 30368-2197


B.H. PAYNE & CO., INC.
PO BOX 90608
EAST POINT, GA 30364


Barry J. Williams
1355 Union Grove Rd.
Harmony, NC 28634


Barry L. Carter
138 Woodland Bend Dr.
Harmony, NC 28634


BATES ABRASIVES
3037 MOMENTUM PLACE
CHICAGO, IL 60689-5330


BB&T
PO BOX 580048
CHARLOTTE, NC 28258-0048


BELL & HOWARD CHEVROLET
PO BOX 1410
STATESVILLE, NC 28687


BENCO STEEL INC
PO Box 2053
HICKORY, NC 28603

BENFIELD SANITATION SERVICES
282 SCOTTS CREEK ROAD
STATESVILLE, NC 28625


BERTELKAMP AUTOMATION, INC.
6321 BAUM DRIVE
PO BOX 11488
KNOXVILLE, TN 37939-1488


BEVERLY'S OF MIDWAY
11130 OLD US HWY. 52S
WINSTON-SALEM, NC 27107


BILL MARTIN, INC.
106 MARTIN LANE
HWY 64 E
STATESVILLE, NC 28625


BILL MCGUINN
315 TOWHEE DR
LEXINGTON, NC 27292


BILL ME LATER
PO BOX 105658
ATLANTA, GA 30348-5658


Billy P. Allison, Jr.
122 Pigeon Ln.
Olin, NC 28660


BLACK & DECKER
PO BOX 98692
CHICAGO, IL 60693


BLACK DODGE
PO BOX 1269
STATESVILLE, NC 28687


BLACKBURN'S MACHINE & GRINDING, INC.
409 STILLWATER ROAD
BOOMER, NC 28606

BLAST-IT-ALL
PO BOX 1615
185 PIPER LANE
SALISBURY, NC 28145-1615


BLUE CROSS BLUE SHIELD
PO BOX 580017
CHARLOTTE, NC 28258-0017


BLUE RIDGE CHEMICALS, INC.
5335 ROGERS ROAD
HICKORY, NC 28602


BOLT & TOOL SUPPLY OF HICKORY, INC.
416 9TH STREET SE
HICKORY, NC 28602


BONANZA, INC.
400 E PINE STREET #215
SEATTLE, WA 98122


BOSTON SAW & TOOL, INC.
2530 SPRINGS ROAD NE
HICKORY, NC 28601


BRADY PRINTING.
1551 SALISBURY RD
STATESVILLE, NC 28677


Brandon S. Parson
PO Box 757
420 Lee Harrington Rd.
Hiddenite, NC 28636


Brenda K. Hall
690 Mulberry Mill Rd.
North Wilkesboro, NC 28659


BROWN'S TRUCK & AUTO SERVICE
PO BOX 342
MARION, NC 28752


BUD'S OIL COMPANY, INC.
3305 HARMONY HWY.
HARMONY, NC 28634

BUFFALO ABRASIVES, INC.
960 ERIE AVENUE NORTH
TONAWANDA, NY 14120


BURTON SOUTHEAST, INC.
PO BOX 10396
EUGENE, OR 97440


CANTERBURY FLOORING
192 INDUSTRIAL BLVD
MOCKSVILLE, NC 27028


Capital Bank
PO Box 1120
Greeneville, TN 37744


Capital Bank BANKCARD/ A/P-2009
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/ANDY-2694
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/BARRY OLD-1415
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/BARRY-2686
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/BRAD-0293
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/CHRIS-1407
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/DALE-2298
PO BOX 569200
DALLAS, TX 75356

```
Capital Bank BANKCARD/DARELL-1878
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/ED-2397
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/KEN-2116
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/MACK-2678
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/MIKE J-2249
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/MIKE P-2462
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/RUSTY-2207
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/TOMMY-1910
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/TONY-2421
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/UGS-2405
PO BOX 569200
DALLAS, TX 75356


Capital Bank BANKCARD/UGS-2439
PO BOX 569200
DALLAS, TX 75356
```

CARDINAL TOOL & GRINDING
7430 BRANDY CREEK DR
MECHANICSVILLE, VA 23111

CAROLINA FLUID COMPONENTS LLC
9309 STOCKPORT PLACE
CHARLOTTE, NC 28273

CAROLINA GLOVE COMPANY
PO DRAWER 820
NEWTON, NC 28658

CAROLINA INDUSTRIAL SALES
PO BOX 879
WILKESBORO, NC 28697

CAROLINA PETROLEUM COMPANY, INC.
PO BOX 5337
STATESVILLE, NC 28687

CAROLINA POWERTRAIN
2351 US HWY 70 SW
HICKORY, NC 28602

CERATIZIT USA INC
PO BOX 272
5369 RT. 982
LATROBE, PA 15650-0272

CERTIFIED TOOL & GRINDING
4475 INFIRMARY RD.
DAYTON, OH 45449

CHARLES G. G. SCHMIDT & CO., INC.
301 WEST GRAND AVENUE
MONTVALE, NJ 07645-1869

Charles W. Hicks
505 E. Memorial Hwy.
Harmony, NC 28634

CHARLOTTE EYE EAR NOSE & THROAT ASSOCIAT
6035 FAIRVIEW RD
CHARLOTTE, NC 28210-3256

CHARLOTTE SAW & KNIFE, INC.
PO BOX 36697
CHARLOTTE, NC 28236-6697


CHELSEA LEE RICHARDSON
5694 MERTIE RD
MILLERS CREEK, NC 28651-8535


CHEMTOOL INCORPORATED
801 W ROCKTON ROAD
ROCKTON, IL 61072


Christopher F. Moore
5230 Wilkesboro Hwy
Statesville, NC 28625


Christopher W. Summers
637 Preston Rd.
Smithfield, NC 27577


CINTAS CORPORATION #230
ATTN: ACCOUNTS RECEIVABLE
PO BOX 630803
CINCINNATI, OH 45263-0803


CINTAS FIRST AID & SAFETY
LOCKBOX 636525
PO BOX 636525
CINCINNATI, OH 45263-6525


CITY OF GOLDSBORO
POST OFFICE DRAWER A
GOLDSBORO, NC 27533


CLAYTON L COODY
916 OLIN LOOP
OLIN, NC 28660


CLC LUBRICANTS INC.
PO BOX 761
GENEVA, IL 60134


CLINE'S FLOREST
46 WEST MAIN AVE
TAYLORSVILLE, NC 28681

CMT TOOLS
7609-D BENTLEY RD
GREENSBORO, NC 27409


CNC TECHNOLOGY
PO Box 3942-141
33RD STREET DRIVE SE
HICKORY, NC 28602


COLLINSVILLE MACHINE
64 WHEELER AVE.
COLLINSVILLE, VA 24078


COLONIAL LIFE INSURANCE
ATTN: PROCESSING CENTER
P.O. BOX 903
COLUMBIA, SC 29202


COLONIAL LIFE INSURANCE - ED'S
PO BOX 1365
COLUMBIA, SC 29202-1365


COLONIAL SAW CO., INC.
PO BOX A
KINGSTON, MA 02364-0500


COMMERCIAL SAW & KNIFE (OLD DOMINION)
PO BOX 278
MONROE, VA 24574


COMMONWEALTH TOOL SPECIALTY
PO BOX 896019
CHARLOTTE, NC 28289-6019


COMPANION LIFE INS. CO. (DENTAL)
PO BOX 100102
COLUMBIA, SC 29202


COMSURGE, INC.
12118 POWAY RD.
POWAY, CA 92064


CONKLIN
2191 INTERNATIONAL ST
COLUMBUS, OH 43228

CONOVER MACHINE & DESIGN
PO BOX 977 231
33RD ST. S.E.
CONOVER, NC 28613


CONWAY FREIGHT
PO BOX 5160
PORTLAND, OR 97208-5160


COSTCO
1085 HANES MALL BLVD
WINSTON SALEM, NC 27103


CRATER REPAIRS
2918 JENNIGS RD
OLIN, NC 28660


CRESCENT MERCHANT
12700 Park Central Dr
Ste 1100
Dallas, TX 75251


CRP INDUSTRIES INC.
35 COMMERCE DRIVE
CRANBURY, NJ 08512


Curtis D. Griffin
171 Forney Dr.
Olin, NC 28660


CUSTOM BUILT COMPUTER SYSTEMS
103 WEST MEMORIAL HWY
HARMONY, NC 28634


CUSTOM SIGN & GRAPHICS LLC
204 EDGEBROOK DRIVE
PIKEVILLE, NC 27863


D & D MACHINE WORKS, INC.
111 DEALWOOD DRIVE
STATESVILLE, NC 28625


Dale Richey
1550 Ondian Hills Dr.
Lenoir, NC 28645

DALE WILLIAMS GRADING
125 BULLDOZER DRIVE
OLIN, NC 28689


DALE'S TIRE SERVICE
PO BOX 299
HARMONY, NC 28634


Darell R. Collins
214 W. Pine St.
Graham, NC 27253


David S. Wright
299 Amble Rd.
Olin, NC 28660


DESCO
2014 NORTHSIDE DRIVE
STATESVILLE, NC 28625


DIAMOND SAW WORKS, INC.
12290 OLEAN ROAD
CHAFFEE, NY 14030-9768


DIAMOND WHEEL INC.
7975 STONE CREEK DRIVE, SUITE 10
CHANHASSEN, MN 55317


DILLON SUPPLY COMPANY
PO BOX 14506 WS 230-010
RALEIGH, NC 27620


DOCUMENT IMAGING SOLUTION
2454 DAVIE AVE.
STATESVILLE, NC 28625


Donald R. Hicks, Sr.
148 Mount Bethel Rd.
Harmony, NC 28634


DOORS BY NALLY, INC.
4710 MTN CREEK AVE
DENVER, NC 28037

DUDA ENERGY LLC
1112 BROOKS ST SE
DECATUR, AL 35601


DUKE ENERGY
PO BOX 70516
CHARLOTTE, NC 28272-0516


DUKE ENERGY/PROGRESS
PO BOX 1003
CHARLOTTE, NC 28201-1003


DUNLOW SERVICES, INC.
PO BOX 104
AFTON, VA 22920


E & K SALES
14930 MARQUARDT
AVENUE SANTA FE SPRINGS, CA 90670


EAGLE INTERNATIONAL
48 DRUM & HAMMER DR.
TAYLORSVILLE, NC 28681


EAGLE RENTALS, INC-STATESVILLE
3435 BROAD ST
STATESVILLE, NC 28625


EAGLE SUPERABRASIVES, INC.
PO BOX 3856
HICKORY, NC 28602


Earl D. Hendrix
855 Eupetic Springs Rd.
Olin, NC 28660


ECONOTOOL
2971 FRANKS RD
HUNTINGDON VALLEY, PA 19006


Ed Bissell
2554 Bagger Lane
Hamptonville, NC 27020

Ed Bissell (Ally Bank)
157 Sawtooth Ln
Union Grove, NC 28689


EDGE MANUFACTURING
1120 MASON CIRCLE SOUTH
PEVELY, MO 63070


Edward A. Bissell
2554 Bagger Lane
Hamptonville, NC 27020


EMERGENCY LITE SERVICE CTR. INC.
2525 NEVADA AVE N #308
MINNEAPOLIS, MN 55427


EMPIRE MARKETING GROUP
407 JEFFREYS LANE
GOLDSBORO, NC 27530


ENTERPRISE
5029 EQUIPMENT DRIVE
CHARLOTTE, NC 28269


EQUIPMENT LTD.
PO BOX 3508
HICKORY, NC 28603


ERIE INSURANCE
100 ERIE INS. PLACE
ERIE, PA 16530-1105


ERVIN HART
4232 STATESVILLE ROAD
N. WILKESBORO, NC 28659


ESC OF NC
PO BOX 26504
RALEIGH, NC 27611-6504


ESSCO
PO BOX 409897
ATLANTA, GA 30384-9897

ETP TRANSMISSION INC.
135 FURNITURE ROW
MILFORD, CT 06460


Eugene J. Gilleo
993 W. Memorial
Harmony, NC 28634


EUROPEAN TOOLING, INC.
PO BOX 1504 205 CREEKSIDE DRIVE
WASHINGTON, NC 27889


EVANS COATINGS, LLC
1330 SOUTER
TROY, MI 48083-2839


EVERSHARP SAW & TOOL
1241 13TH STREET NE
HICKORY, NC 28601


EVOLUTION
8363 RESEARCH DRIVE
DAVENPORT, IA 52806


FACTORY CLEANING EQUIPMENT
159 BARLEY PARK LANE UNIT I&J
MOORESVILLE, NC 28115


FEDERAL KNIFE INC.
PO BOX 509
PALMYRA, IN 47164


FERRO CORPORATION
PO BOX 5831
CLEVELAND, OH 44193-1022


FINISH LINE FORD
1011 FOLGER DR.
STATESVILLE, NC 28625


FIRST BANK
3364 HARMONY HWY
HARMONY, NC 28634

FLAT TOP COMPUTER SYSTEMS
2620 HWY 64 E
Mocksville, NC 27028


FLEETTRAX
PO BOX 270186
FLOWER MOUND, TX 75027


FLEX-PAY BUSINESS SERVICES
723 COLISEUM DRIVE
WINSTON-SALEM, NC 27106


FOREST CITY TOOL INC.
620 23RD ST NW
HICKORY, NC 28681


FORMAC AUTOMOTIVE
1484 US HWY 64 WEST
MOCKSVILLE, NC 27028


Francisco V. Jansinto
193 Trivette Rd.
Harmony, NC 28634


FRED M. VELEPEC CO., INC.
71-72-70TH STREET
GLENDALE, NY 11385


FREUD USA, INC.
PO BOX 7187
HIGH POINT, NC 27264


FS TOOL CORPORATION
PO BOX 510
LEWISTON, NY 14092-0510


FUELMAN
PO BOX 105080
ATLANTA, GA 30348-5080


FULLER WELDING & FABRICATORS
980 SALISBURY RD
MOCKSVILLE, NC 27028

G&B ENERGY
PO BOX 811
ELKIN, NC 28621-0811


G&K SERVICES
PO BOX 7627
CHARLOTTE, NC 28241


GEORGE C JEFFREYS
401 JEFFREYS LANE
GOLDSBORO, NC 27530


GEORGIA GRINDING WHEEL
PO BOX 923205
NORCROSS, GA 30092


GERMAIN FORD LINCOLN OF STATESVILLE
1011 FOLGER DRIVE
STATESVILLE, NC 28625


GLOBAL TOOLING & SUPPLY
1203 OCEAN STREET
EUGENE, OR 97402


GMAC
PO BOX 53014
CHARLOTTE, NC 28253


GOCKEL AMERICA
PO BOX 531
OXFORD, MA 01540


GOLDSBORO NEON SIGN INC.
PO BOX 1811
GOLDSBORO, NC 27530-2428


GRAINGER INDUSTRIAL SUPPLY
7 11TH NW ST
HICKORY, NC 28601


GRAN QUARTZ
PO BOX 2206
TUCKER, GA 30085-2206

GRANT MANUFACTURING & ALLOYING
PO BOX 69 200-C FURNACE STREET
BIRDSBORO, PA 19508


GRASCHE USA, INC
240 PERFORMANCE DRIVE, SE
HICKORY, NC 28602-4752


GREAT AMERICA LEASING CORP
PO BOX 609
CEDAR RAPIDS, IA 52406-0609


GREAT LAKES CUSTOM TOOL MFG. *
101 N OLD PESHTIGO RD
PESHTIGO, WI 54157-1728


GRIND CLEAN LUBRICANTS
403 TEAGUE TOWN ROAD
TAYLORSVILLE, NC 28681


Guadalupe M. Guadalupe
3056 Harmony Hwy
Harmony, NC 28634


GUHDO
1135 JVL INDUSTRIAL COURT
MARIETTA, GA 30066


HAAS MACHINE TOOLS, INC. (SC)
131 ELLIANA WAY, SUITE D
SUMMERVILLE, SC 29483


HAAS SAW & SUPPLY (NC)
637 MCWAY DRIVE
HIGH POINT, NC 27263


HAAS SAW & SUPPLY (SC)
GREENSBURG RD STE B N
CANTON, OH 44720


HAMPTONVILLE FIRE EXTINGUISHER SALES & S
6046 JOHNSON ROAD
HAMPTONVILLE, NC 27020

HARMONY ASSOCIATES, INC.
PO BOX 230
SYBERTSVILLE, PA 18251


HIGH COUNTRY SPRINGS
PO BOX 238
PILOT MOUNTAIN, NC 27041-0238


HOLLAND
750 EAST 40TH ST.
HOLLAND, MI 49423


HOLTEC USA CORP
PO BOX 2190
BRANDON, FL 33509


HUGH'S SHEET METAL
1312 BARKLEY RD.
STATESVILLE, NC 28677


HUNTINGTON NATIONAL BANK
PO BOX 701096
CINCINNATI, OH 45270-1096


IMSI DESIGN
25 LEVERONI COURT
NOVATO, CA 94949


INDUSTRIAL HEARING SERVICE
703 BRYANT STREET
STATESVILLE, NC 28677


INDUSTRIAL SHARPENERS, INC.
401 JEFFREYS LANE
GOLDSBORO, NC 27530


INDUSTRIAL SUPPLY SOLUTIONS, INC.
804 JULIAN ROAD
SALISBURY, NC 28147


INGRAM GLASS WORKS, INC.
2130 NEWTON DRIVE
STATESVILLE, NC 28677

INTER-CONTINENTAL CORP.
PO BOX 1119
CONOVER, NC 28613-1119


INTERNAL REVENUE SERVICE
PO BOX 931000
LOUISVILLE, KY 40293-1000


INTERNATIONAL CARBIDE ENGINEERING
PO BOX 216
5000 MAIN STREET
DRAKES BRANCH, VA 23937-0216


INTERNATIONAL KNIFE AND SAW
1435 N CASHUA RD
FLORENCE, SC 29501


INTERSTATE AUTO & TRUCK SERVICE, INC.
2834 BUD HAWKINGS RD
DUNN, NC 28334


INTERSTATE BOLT & SUPPLY CO.
PO BOX 5351
STATESVILLE, NC 28687


INTUIT
PO BOx 351270
New Braunfels, TX 78135


IONBOND, LLC
PO BOX 18473
NEWARK, NJ 07191


IREDELL COUNTY TAX COLLECTOR
PO BOX 1027
STATESVILLE, NC 28687


IREDELL EYE CENTER
646 HARTNESS RD
STATESVILLE, NC 28677


IREDELL HYDRAULIC DIESEL SERVICE
543 JERICO ROAD
HARMONY, NC 28634

IREDELL WATER CORPORATION
PO BOX 711
STATESVILLE, NC 28687


IREDELL WELDING & METAL SERVICES
PO BOX 388
HARMONY, NC 28634


Ismael B. Guadalupe
3056 Harmony Hwy
Harmony, NC 28634


J.D. FLETCHER ENTERPRISES
41 MARION DRIVE
KINGSTON, MA 02364


James L. Harris
136 Tutterow Rd.
Union Grove, NC 28689


JAYHAWK PLASTICS
PO BOX 4228
OLATHE, KS 66063-4228


JEAN GREGORY LUNSFORD, CPA
PO BOX 250
UNION GROVE, NC 28689-0250


JML SALES, INC.
239 HOMESTEAD ROAD
HARMONY, NC 28634


Joel C. Mejia
117 Whispering Dr.
Harmony, NC 28634


JOHNSON-SHERMAN CO., INC.
PO BOX 1937
GOLDSBORO, NC 27533


Jose G. Barriga
3048 Harmony Hwy
Harmony, NC 28634

JOY LUCK, INC.
3019 ORCHARD HILL
SAN ANTONIO, TX 78230


KANEFUSA USA, INC.
621 DOLWICK DRIVE
ERLANGER, KY 41018


KASCO SHARP TECH
1569 TOWER GROVE AVE
ST LOUIS, MO 63110


KEN STOUT
7100 SUNBURST TRAIL
DENTON, TX 76210


KLINGSPOR ABRASIVES, INC
PO BOX 2367
HICKORY, NC 28603-2367


Koichi Ueno
532 S. Greenbriar Rd.
Statesville, NC 28625


L.A. SIMPSON MACHINE COMPANY
PO BOX 589 2475 OLD CHARLOTTE HWY.
MONROE, NC 28111


L.S. STARRETT
PO BOX 75673
CHARLOTTE, NC 28275


Lamarr E. King
164 Aycock Rd.
Statesville, NC 28625


LAW OFFICE OF ANTHONY S PRIVETTE PLLC
307 DAVIE AVENUE
STATESVILLE, NC 28677


LAWSON PRODUCTS
PO BOX 809401
CHICAGO, IL 60680-9401

LINCOLN TOOL COMPANY
PO Box 728
CORNELIUS, NC 28031


LRH ENTERPRISES, INC.
9250 INDEPENDENCE AVE.
CHATSWORTH, CA 91311


LUCAS-MILHAUPT, INC.
5656 S. PENNSYLVANIA AVE.
CUDAHY, WI 53110


Luis C. Dionicio
193 Trivette Rd.
Harmony, NC 28634


MAC-IT CORPORATION
275 E LIBERTY STREET
LANCASTER, PA 17602


MACHINE & WELDING SUPPLY CO.
PO BOX 1708
DUNN, NC 28335


Mack Josey
114-203 Signal Hill Dr.
Statesville, NC 28625


Mack O. Josey
114-203 Signal Hill Dr.
Statesville, NC 28625


MADSEN'S SHOP & SUPPLY INC
1408 SOUTH GOLD #2
CENTRALIA, WA 98531


Marcelino C. Pablo
1025 King Court
Hamptonville, NC 27020


MARCUS HOLLAND
598 HUNTER RD.
NORTH WILKESBORO, NC 28659

MASON SALES CO.
PO BOX 444
IRWINTON, GA 31042


MASTERMANS, LLP
PO BOX 411
AUBURN, MA 01501


MCCOMBS STEEL COMPANY, INC.
117 SLINGSHOT RD.
STATESVILLE, NC 28677


MEADOW MILLS, INC.
PO BOX 1288
1352 WEST D STREET
NORTH WILKESBORO, NC 28659


Michael Smith
149 Redeamed Lane
Harmony, NC 28634


MICHAEL WEINIG, INC.
PO BOX 3158
MOORESVILLE, NC 28117


MID-ATLANTIC LOGGING & BIOMASS EXPO
1500 PINEY PLAINS RD, SUITE 200
CARY, NC 27518


Miguel D. Jacinto
193 Trivette Rd.
Harmony, NC 28634


Miguel P. Jacinto
107 Whispering Dr.
Harmony, NC 28634


MILLER BROTHERS LUMBER COMPANY, INC.
350 ELKIN WILD LIFE ROAD
ELKIN, NC 28621


MITCHELL HAULING & GRADING
PO BOX 314
UNION GROVE, NC 28689-0314

Mitchell W. Shore
475 Mitch Rd.
Union Grove, NC 28689


MITCHELL'S UPHOLSTRY
2125 STEVENS MILL RD
GOLDSBORO, NC 27530


MITSUI-SOKO (USA) INC.
1651 GLENN CURTISS ST.
CARSON, CA 90746


MOLEMAB ABRASIVES USA
91 Carey Road
Queensbury, NY 12804


MOOSE, MARTIN, HAYNES & LUNDY, P.A.
PO BOX 1308
STATESVILLE, NC 28687


MORRIS WOOD TOOL
4990 EAST ANDREW JOHNSON HWY
MORRISTOWN, TN 37814-6408


MOULDER SERVICES
PO BOX 479 602 SOUTH EASTWAY
DRIVE TROUTMAN, NC 28166


MR. PART
PO BOX 78
ROUGEMONT, NC 27572


MULTI METALS
PO BOX 635937
CINCINNATI, OH 45263


NATIONAL CIRCUIT, INC.
950 TATE BLVD. SE SUITE 105
HICKORY, NC 28602


NATIONAL FLOORING DISTRIBUTORS INC
PO BOX 22235
LOUISVILLE, KY 40252

NC Department of Commerce
Division of Employment Security
PO Box 26504
Raleigh, NC 27611


NC Department of Revenue Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602


NC Department of the State Treasurer
Escheats Division
325 North Salisbury Street
Raleigh, NC 27603


NC DEPT OF LABOR
1101 MAIL SERVICE CENTER
RALEIGH, NC 27699-1101


NC DEPT OF LABOR(OSHA)
1101 MAIL SERVICE CENTER
RALEIGH, NC 27699-1101


NC DEPT OF MOTOR VEHICLES
P O BOX 29620
RALEIGH, NC 27626-0620


NC DEPT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0640


NC Secretary of State
PO BOX 29622
Raleigh, NC 27626


NEW WAY SIGNS & GRAPHICS
1417 ALEXANDER STREET
STATESVILLE, NC 28677


NEWARK ELECTRONICS
4180 HIGHLANDER PARKWAY
RICHFIELD, OH 44286


NFIB
53 CENTURY BLVD., SUITE 250
NASHVILLE, TN 37214

NORTHERN TOOL & EQUIPMENT
PO BOX 5219
CAROL STREAM, IL 60197-5219

NORTHWESTERN MUTUAL - BARRY 9368210
P O BOX 3009
MILWAUKEE, WI 53201-3009

NORTHWESTERN MUTUAL - ED 9446307
P O BOX 3009
MILWAUKEE, WI 53201-3009

NORTHWESTERN MUTUAL - ED 9774563
P O BOX 3009
MILWAUKEE, WI 53201-3009

NORTHWESTERN MUTUAL - ED 9774568
P O BOX 3009
MILWAUKEE, WI 53201-3009

OLD DOMINION FREIGHT LINE, INC
PO BOX 198475
ATLANTA, GA 30384-8475

OLESON SAW TECHNOLOGY
295 EMIG RD
YORK, PA 17406

Omar G. Flores
1023 E. Memorial Hwy
Harmony, NC 28634

Oscar E. Garcia Rodriguez
156 Sloans Mills Rd.
Olin, NC 28660

OSTWALT MACHINE CO., INC
140 APPLEHILL ROAD
TROUTMAN, NC 28166

P'O'M Recoveries, Inc.
PO Box 602
Lindenhurst, NY 11757

PAGE'S SEPTIC TANK SERVICE
146 PINE RIDGE RD.
MOCKSVILLE, NC 27028


PATTON'S INC.
3201 SOUTH BLVD
CHARLOTTE, NC 28209


Paul L. Little
162 Persimmon Cir.
Statesville, NC 28625


PEERLESS SAW COMPANY
4353 DIIRECTORS BLVD.
GROVEPORT, OH 43125


PENNELL'S PLUMBING SERVICE
267 DOWELL RD.
OLIN, NC 28660


PIEDMONT AUTO ELECTRIC SERVICE INC.
121 S OAKLAND AVE.
STATESVILLE, NC 28677


PIEDMONT FASTENERS
812 S MAIN STREET
TROUTMAN, NC 28166


PIEDMONT HEALTHCARE URGENT CARE
PO BOX 63282
CHARLOTTE, NC 28263-3182


PIEDMONT PLASTICS
2606 PHOENIX DR STE. 804
GREENSBORO, NC 27406


PIEDMONT SERVICES LAWNCARE
PO BOX 103
UNION GROVE, NC 28689


PNC
995 Dalton Avenue
Cincinnati, OH 45203

PNC Bank (Lease)
995 Dalton Avenue
Cincinnati, OH 45203


PNC EQUIPMENT FINANCE
ATTN: BILL MOBLEY
995 DALTON AVE. B2-YB71-04-1
CINCINNATI, OH 45203


POLYTECH FILTRATION SYSTEMS, INC.
100 FOREST AVENUE
HUDSON, MA 01749-2826


POPULAR MACHINERY & TOOLS, INC.
PO BOX 841913
DALLAS, TX 75284


POWER TRANSMISSION SERVICE
2100 W FRONT STREET
STATESVILLE, NC 28677


PREFERRED GRAPHICS
PO BOX 225
GIBSONVILLE, NC 27249


PRETINNED CARBIDE COMPANY
251 G COMMERCE BLVD.
STATESVILLE, NC 28625


PRIMECHOICE PACKAGING, INC
PO BOX 996
CONOVER, NC 28613


PRINCIPAL FINANCIAL GROUP (401K)
PO BOX 2000
MASON CITY, IA 50402-2000


PROGRESSIVE BUSINESS PUBLICATIONS
370 TECHNOLOGY DRIVE
P O BOX 3019
MALVERN, PA 19355


PUBLIC RELATIONS INSTITUTE
PO BOX 890287
CHARLOTTE, NC 28289-0287

QUALITY LOCK & KEY
119 ROBIN LAKE DR
DUDLEY, NC 28333


QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA 19101-0600


RALEIGH-DURHAM & GASKET CO., INC.
5836 LEASE LANE
RALEIGH, NC 27617


RAPCO INDUSTRIES, INC.
6000 NE 88TH STREET SUITE D104
VANCOUVER, WA 98665-0958


RAYCO SAFETY, INC
375 WEST MAPLE STREET
YADKINVILLE, NC 27055


REID SUPPLY COMPANY
2265 BLACK CREEK ROAD
MUSKEGON, MI 49444


RENEGAR EQUIPMENT CO.
694 E. HOUSTONVILLE RD.
HARMONY, NC 28634


REPUBLIC SERVICES
P O BOX 9001099
LOUISVILLE, KY 402901-109


RICHARD JAMES & ASSOCIATES INC.
4317 NE THURSTON WAY STE. 270
VANCOUVER, WA 98662


RICK COODY
916 OLIN LOOP
OLIN, NC 28660


RIVERSIDE TOOL CORP.
P.O. BOX 1425
3504 HENKE ST
ELKHART, IN 43515

ROCHESTER ABRASIVES INDUSTRIES
65 PIXLEY INDUSTRIAL PARKWAY
ROCHESTER, NY 14624


ROGERS & BROWN
101 TRADE ZONE DRIVE, SUITE 9A
WEST COLUMBIA, SC 29170-3900


ROSE METAL INDUSTRIES
1536 EAST 43RD STREET
CLEVELAND, OH 44103


Rosendo B. Guadalupe
3048 Harmony Hwy
Harmony, NC 28634


ROY DEATON
697 JERICHO RD
HARMONY, NC 28634-9462


ROYCE-AYR CUTTING TOOLS
405 SHELDON DRIVE
CAMBRIDGE, ONTARIO N1T 2B7


RUSH MACHINERY
4761 ROUTE 364
RUSHVILLE, NY 14544-9721


SABER DIAMOND TOOLS, INC
101 SABER PARKWAY
VILLA RICA, GA 30180


SANDHILL GAS & SUPPLY, LTD.
PO BOX 937
DUDLEY, NC 28333-0937


SAWCORE, INC.
2927 ASBURY RD
KNOXVILLE, TN 37914


SAWMILL OPERATION SOLUTIONS, LLC
99 GLASGOW TRAIL
BLACK MOUNTAIN, NC 28711

SC TOOLS
1920 OPDYKE CT. SUITE 200
AUBURN HILLS, MI 48326


SCHAUBLIN USA, INC. (RBC BEARINGS)
9211 PAYSPHERE CIRCLE
CHICAGO, IL 60674


SCHNEEBERGER
1380 GATEWAY DR. SUITE 8
ELGIN, IL 60124-7891


Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326


SERVO SOUTH, INC.
515 PLATO LEE RD.
SHELBY, NC 28150


SHELL FLEET (OLD TEXACO)
PO BOX 689010
DES MOINES, IA 50368-9010


SILVEY CHAINGRINDER CO
4007 CRATER LAKE HWY
MEDFORD, OR 97504


SIMONDS INTERNATIONAL
PO BOX 300783
CHICAGO, IL 60630


SIR SPEEDY PRINTING
313 B SOUTH CENTER STREET
STATESVILLE, NC 28677


SKARPAZ TOOLING SYSTEMS
200 Valley Drive #34
Brisbane, CA 94005


SMITH & ASSOCIATES MARKETING, INC.
PO BOX D
ROANOKE RAPIDS, NC 27870

SMITH EQUIPMENT SOLUTIONS
1200 KIRKLAND RD SUITE 101
RALEIGH, NC 27603


SMITH STOKES CHEVROLET BUICK GMC
2009 BARNES STREET
REIDSVILLE, NC 27320


SOMERS LUMBER & MANUFACTURING
PO Box 87
Union Grove, NC 28689


SOUTHEAST TOOL, INC.
PO BOX 1597
101 GE PLANT RD. SW
CONOVER, NC 28613


SOUTHEASTERN FREIGHT LINES
PO BOX 100104
COLUMBIA, SC 29202-3104


SOUTHERN BANDSAW CO., INC.
1309 THORTON STREET
GREENVILLE, MS 38703


SOUTHERN COMMUNITY BANK
PO BOX 26423
WINSTON SALEM, NC 27114-6423


SOUTHERN FARM SUPPLY, INC.
PO BOX 128
UNION GROVE, NC 28689


SOUTHERN OPTICAL COMPANY
PO BOX 815519
DALLAS, TX 75381-5519


SOUTHERN STATES
PO BOX 128
UNION GROVE, NC 28689


SOUTHERN TIRE SALES
615 CHAPEL HILL RD.
BURLINGTON, NC 27215

SPECIALTY CARBIDE PRODUCTS LLC
1330 EDDOWES ROAD #2
WARMINISTER, PA 18974


SPILMAN THOMAS & BATTLE, PLLC
PO BOX 273
CHARLESTON, WV 25321-0273


SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181


STAT INC.
PO BOX 1443
LENOIR, NC 28645


STATESVILLE COLLISION
PO BOX 511
STATESVILLE, NC 28687


STATESVILLE TRANSMISSION SERVICE INC.
221 SOUTH OAKLAND AVE.
STATESVILLE, NC 28677


STERLING CREDIT SERVICES
1111 N WESTSHORE BLVD. SUITE 500
TAMPA, FL 33607


SUPERIOR SERVICE & SUPPLY CO
P O BOX 5753 C
ONCORD, NC 28027


SURFACE ENGINEERING & ALLOY CO.
2895 46TH AVENUE NORTH ST
PETERSBURG, FL 33714


SURRY ELECTRIC MOTOR & CONTROLS
PO BOX 446
MOUNT AIRY, NC 27030


T & T TOWING
PO BOX 5175
STATESVILLE, NC 28687

Tammy S. Bryant
PO Box 322
Union Grove, NC 28689


TAPE PRODUCTS
11630 DEERFIELD ROAD
CINCINNATI, OH 45242-1499


TCF EQUIPMENT FINANCE
15933 CLAYTON RD, SUITE 200
BALLWIN, MO 63011


TCF EQUIPMENT FINANCE
PO BOX 4130
HOPKINS, MN 55343-0498


TCF EQUIPMENT FINANCE
1922 SOLUTIONS CENTER
LOCKBOX #771922
CHICAGO, IL 60677-1009


TCP LEASING, INC.
SUITE 102 8364 SIX FORKS RD.
RALEIGH, NC 27615


TECHMET CARBIDES, INC.
730 21ST ST DRIVE SE
HICKORY, NC 28602


TECHNIKS, INC.
9930 E 56TH STREET
INDIANAPOLIS, IN 46236


TENRYU
3601 HARGRAVE DRIVE
HEBRON, KY 41048


Teresa S. Hall
746 Mulberry Mill Rd.
North Wilkesboro, NC 28659


THE BLADE MANUFACTURING CO.
PO BOX 12217
COLUMBUS, OH 43212

THE KNIFE SOURCE, LLC
PO BOX 1366
FOUNTAIN INN, SC 29644


Thomas White
347 Basset Rd.
Olin, NC 28660


TIGRA USA INC
PO BOX 9197
HICKORY, NC 28603-9197


TILLEY PEST SERVICE
1608 S. CHIPLEY FORD RD.
STATESVILLE, NC 28625


TIM RIEF & ASSOCIATES, INC
26931 CROWN VALLEY PKWY #230
MISSION VIEJPO, CA 92961


Timoteo Guadalupe-Mejia
644 Ragles Nill Rd.
Hamptonville, NC 27020


Timothy D. Joyner
3305 Lone Hickory Rd.
Yadkinville, NC 27055


TKM UNITED STATES, INC.
PO BOX 75015
CINCINNATI, OH 45275


TMS TRADING
157 SAWTOOTH LANE
UNION GROVE, NC 28689


TOAD'S WRECKER SERVICE
2184 MULBERRY RD
N. WILKESBORO, NC 28659


TOOL DESK
40423 COUNTY HWY. 1
RICHVILLE, MN 56576

TRACTORJOE.COM
1056 WILLOWBROOK DR., UNIT 2 ST.
LOUIS, MO


TRAILERS OF THE EAST COAST
418 INTERSTATE DRIVE
MOCKSVILLE, NC 27028


TRANSOR FILTER SYSTEM
1265 OAKTON ST.
ELK GROVE VILLAGE, IL 60007


TRI POWER
362 MILLING RD
STATESVILLE, NC 27028


TRIAD CUTTING TOOLS, INC.
PO BOX 60
SEAGROVE, NC 27341


TRISTATE YOUTH RODEO
154 CANINE TRAIL
MOUNT AIRY, NC 27017


TRU-CUT, INC.
231 JANDUS RD
CARY, IL 60013


TURLINGTON AND COMPANY, L.L.P.
PO BOX 1697
509 E. CENTER ST.
LEXINGTON, NC 27293-1697


TURNER OIL (FUELEX FASTWAY)
608 W MAIN ST
WILKESBORO, NC 28697


ULINE
ATTN: ACCOUNTS RECEIVABLE
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085


UMICORE TECHNICAL MATERIALS
9 PRUYN'S ISLAND
GLEN FALLS, NY 12801

UNION GROVE HARDWARE
PO Box 160
UNION GROVE, NC 28689


UNION GROVE LUMBER, INC.
PO BOX 890427
CHARLOTTE, NC 28289-0427


UNION GROVE POWER EQUIPMENT
1676 W MEMORIAL HWY
UNION GROVE, NC 28689


Union Grove Saw & Knife, Inc.
157 Sawtooth Lane
Union Grove, NC 28689


UNION GROVE TIRE & AUTO
1478 W. MEMORIAL HWY.
HARMONY, NC 28634


UNITED HEALTHCARE
ATTN:MELISSA KLING
4010 OLEANDER DRIVE SUITE#11
WILMINGTON, NC 28403


UNITED MACHINE & METAL
PO BOX 1234
CONOVER, NC 28613


UNIVERSAL BLACK OXIDE, INC.
PO BOX 2041
GASTONIA, NC 28053


UNIVERSAL WEARPARTS, INC.
142 OLD HWY. 98
WEST TYLERTOWN, MS 39667


US DIAMOND WHEEL CO.
PO BOX 503942
ST LOUIS, MO 63150-3942


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1777
RICHMOND, VA 23218-1777


VIRGINIA FOREST PRODUCTS ASSOCIATION
PO BOX 160
SANDSTON, VA 23150-0160


VOLLMER OF AMERICA CORP.
105 BROADWAY AVENUE
CARNEGIE, PA 15106


W SQUARED DIAMOND TOOL, LLC
PO BOX 2069
142-B 11TH ST NW
HICKORY, NC 28603


W.C.I.
ONE TOWN SQUARE SUITE 100
ASHEVILLE, NC 28803


W.L. FULLER
PO BOX 8767
7 CYPRESS STREET
WARWICK, RI 02888


WATT PUBLISHING CO.
PO BOX 17126
ROCKFORD, IL 61110-7126


WAYNE COUNTY TAX COLLECTOR
PO BOX 580478
CHARLOTTE, NC 28258-0478


WAYNE ELECTRIC CO., INC.
106 N CAROLINA STREET
GOLDSBORO, NC 27530


WELLS FARGO EQUIPMENT FIN. (VOLLMER)
NW-8178 PO BOX 1450
MINNEAPOLIS, MN 55485-8178


WELLS FARGO FINANCIAL
PO BOX 6434
CAROL STREAM, IL 60197-6434

WEST VIRGINIA DEPARTMENT OF REVENUE
1206 Quarrier Street
Charleston, WV 25301


WEST VIRGINIA SECRETARY OF STATE OFFICE
PO BOX 40300
CHARLESTON, WV 25364


WHITESIDE MACH & REPAIR
4506 SHOOK RD
CLAREMONT, NC 28610-8612


WILBURN CAUDLE
1748 TEMPLETON ROAD
HAMPTONVILLE, NC 27020


William J. Young
113 Grasswood Rd.
La Grange, NC 28551


WILLIAM YOUNG
113 GRASSWOOD RD
LA GRANGE, NC 28551


WILLIAMS & WHITE MACHINE INC
6307 LAUREL STREET
BURNABY, BC CANADA V5B 3B3


WILSON TRUCKING CORP
PO BOX 200
FISHERVILLE, VA 22939-0200


WISCONSIN KNIFE WORKS, INC.
c/o GATEWAY COMMUNITY BANK
PO BOX 473
BELOIT, WI 53512


WMS TRADING
PO BOX 618
BRATTLEBORO, VT 05301


WOLVERINE TECHNOLOGIES
235 KILVERT ST
WARWIK, RI 02886

WOOD TECH ENTERPRISES, INC.
PO BOX 2226
15-19 KHRISTY SCOTT LANE
FAIRVIEW, NC 28730


WRIGHT EXPRESS FLEET SERVICES
PO BOX 6293
CAROL STREAM, IL 60197-6293


WRIGHT MACHINE TOOL
365 PALMER AVE.
COTTAGE GROVE, OR 97424-9518


YADKIN COUNTY TAX COLLECTOR
PO BOX 1669
YADKINVILLE, NC 27055


YADKIN VALLEY TELEPHONE
PO Box 580025
Charlotte, NC 28258-0025


YAMANI & CO., LTD.*
TAKASAGO BUILDING 2-13-20, KAMI-OSAKI
SHINAGAWA-KU TOKYO, JAPAN 141-0021


YATES AMERICAN MACHINE CO. INC
1026 ROCKOW RD.
RANDLEMAN, NC 27317


YORK SAW & KNIFE
295 EMIG RD
YORK, PA 17406


ZACHARY LAW OFFICES
PO BOX 1780
YADKINVILLE, NC 27055


ZEP SALES & SERVICE
PO BOX 404628
ATLANTA, GA 30384-4628

# United States Bankruptcy Court

## Western District of North Carolina

In re   **Union Grove Saw & Knife, Inc.**
_____
Debtor(s)

Case No.  _____

Chapter   **11**  _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Union Grove Saw & Knife, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:



■ None [*Check if applicable*]




**August 27, 2014**
_____
Date

**/s/ Glenn C. Thompson**
_____
**Glenn C. Thompson**
Signature of Attorney or Litigant
Counsel for   **Union Grove Saw & Knife, Inc.**
_____
**Hamilton Stephens Steele & Martin, PLLC**
**201 South College Street, Suite 2020**
**Charlotte, NC 28244**
**704-344-1117 Fax:704-344-1483**